Ray D. Hacke, OSB #173647
PACIFIC JUSTICE INSTITUTE
317 Court St. NE, Ste. 202
Salem, OR 97301
(503) 917-4409 Phone
(916) 857-6902   Facsimile

Attorneys for Plaintiffs
MICHELE KATHER *et al.*

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| MICHELE KATHER, An Individual, KOURTNEY SELEE, An Individual, ALYSSA BUTTON, An Individual JUSTIN CIRILLO, An Individual, ANNA DREVENSTEDT, An Individual, RON HITTINGER, An Individual, MILES KOPISH, An Individual, HOLLY MARTIN, An Individual, TAMARA RADA, An Individual, and JESSICA STONE, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>ASANTE HEALTH SYSTEM, A Public Benefit Corporation, and DOES 1 THROUGH 50, Inclusive,<br><br>Defendants | Case No.:<br><br>**COMPLAINT FOR DAMAGES FOR RELIGIOUS DISCRIMINATION IN VIOLATION OF TITLE VII [42 U.S.C. § 2000e-2] AND ORS 659A.030(1)(a), AND AIDING AND ABETTING RELIGIOUS DISCRIMINATION [ORS 659A.030(1)(g)]**<br><br>**JURY TRIAL REQUESTED** |

Plaintiffs MICHELE KATHER, KOURTNEY SELEE, ALYSSA BUTTON, JUSTIN CIRILLO, ANNA DREVENSTEDT, RON HITTINGER, MILES KOPISH, HOLLY MARTIN, TAMARA RADA, and JESSICA STONE hereby allege as follows:

---

## PARTIES

1.      Plaintiffs are, and at all times herein were, healthcare workers either formerly employed at hospitals operated in Oregon by Defendant ASANTE HEALTH SYSTEM ("ASANTE") or placed on unpaid leave by ASANTE.

2.      Plaintiffs also are, and at all times herein were, religious practitioners from varying denominations who, as permitted under Or. Admin. R. 333-019-1010(3)(a), sought from ASANTE religious exemptions from the State of Oregon's requirement that all healthcare workers in the state be vaccinated against COVID-19.  Under the guise of providing "religious accommodations," ASANTE put all Plaintiffs on indefinite unpaid leave – not as a true "accommodation" of Plaintiffs' sincerely held religious beliefs, ASANTE's assertions to the contrary notwithstanding, but an adverse employment action.  Essentially, Plaintiffs' placement on unpaid leave was a *de facto* suspension.  ASANTE then doubled down on its discriminatory actions by firing Plaintiffs for declining to receive COVID-19 vaccines in accordance with their sincerely held religious beliefs.

3.      Defendant ASANTE is, and at all times herein was, a non-profit public benefit corporation headquartered in Medford, Oregon.  *See* Attached **Exhibit "A"** [a true and accurate copy of ASANTE's proof of registration from the Oregon Secretary of State's website].  ASANTE operates hospitals, healthcare clinics, and laboratories throughout southwestern Oregon and is an employer within the definition of 42 U.S.C. § 2000e(b).

4.      The true names and capacities of Defendants DOES 1 THROUGH 50 (collectively the "DOES"), inclusive, are unknown to Plaintiff, who therefore sues said Defendants under such fictitious names.  Each Defendant designated herein as one of the DOES is legally responsible for the events and happenings herein referred to and proximately caused injuries and damages to Plaintiff thereby, as

herein alleged.  Plaintiff will seek leave of this Court to amend this Complaint to show the DOES' names and capacities once they have been ascertained.

## JURISDICTION

5.      Plaintiffs refer to and hereby incorporate the foregoing paragraphs as though fully set forth herein.

6.      This Court has jurisdiction over Defendant ASANTE pursuant to 28 U.S.C. § 1331 because Plaintiffs' action arises under the laws of the United States.

## VENUE

7.      Plaintiffs refer to and hereby incorporate the foregoing paragraphs as though fully set forth herein.

8.      Venue is proper in the Court's Medford Division because the events giving rise to this Complaint occurred in the counties of Jackson and Josephine and all agents, employees, or other persons working for, or in concert with, Defendant ASANTE with regard to the events giving rise to this case are located in, employed in, and/or residents of the counties of Jackson and Josephine.

## GENERAL ALLEGATIONS

9.      Plaintiffs refer to and hereby incorporate the foregoing paragraphs as though fully set forth herein.

10.      In August 2021, at the height of the COVID-19 pandemic (the "Pandemic"), Oregon Governor Kate Brown ("Gov. Brown") sought to limit the spread of the potentially deadly coronavirus ("COVID-19") in the state's healthcare facilities by issuing an executive order (the "Mandate") requiring healthcare workers statewide to be vaccinated against COVID-19 by October 18, 2021.  *See* Or. Admin. R. 333-019-1010.  However, Gov. Brown's Mandate allowed healthcare workers to seek, and the healthcare providers who employed them to grant, religious exemptions from the vaccination requirement.  *Id.*,

subsections (3)-(4).  Gov. Brown's Mandate also expressly states that "[n]othing in this rule is intended to prohibit employers of healthcare providers or healthcare staff … from … ***Complying with Title VII of the Civil Rights Act, and state law equivalents***, for individuals unable to be vaccinated due to … a sincerely held religious belief."  OAR 333-019-1010(5)(a) (emphasis added).

11.    In accordance with Gov. Brown's Mandate, ASANTE required all of its employees to be vaccinated against COVID-19 by September 30, 2021.

12.    ASANTE allowed its employees to seek religious exemptions. Religious exemption requests submitted by ASANTE employees would be judged by ASANTE's Religious Exception Committee (the "Exception Committee" or the "Committee"), whose members are identified herein as Defendants DOES 1-50.

13.    Plaintiff MICHELE KATHER ("KATHER") is a Christian who worked as a nurse at ASANTE's Rogue Regional Medical Center ("Rogue Regional") in Medford, in the County of Jackson, for more than 5½ years, starting in February 2017.  She started out as a "float nurse," working in all areas of the hospital until she began working in Rogue Regional's inpatient rehabilitation center in March 2020.  By August 2021, KATHER was working in a supervisory role, overseeing two other nurses and two certified nursing assistants.

14.    Plaintiff KOURTNEY SELEE ("SELEE") is a Christian who worked as an emergency room technician at Rogue Regional for roughly 13 years, starting in August 2008.  Not only did she provide direct care to emergency-room patients, she eventually rose to the position of lead technician and trained many employees over the years.

15.    ALYSSA BUTTON ("BUTTON") is a Seventh-Day Adventist who worked as a nurse at Rogue Regional for about five months, starting in May 2021. Her job included assisting patients with daily living activities, assessing vital signs,

communicating with doctors and charge nurses concerning patients' status and care, and providing treatments when necessary.

16.    Plaintiff JUSTIN CIRILLO ("CIRILLO") is a Baptist who worked at ASANTE's Ashland Community Hospital ("Ashland"), in the County of Jackson, for more than 15 years.  CIRILLO was a sterile processing technician, preparing instruments for use in surgery, then cleaning and sterilizing them afterward.

17.    Plaintiff ANNA DREVENSTEDT ("DREVENSTEDT") is a Christian who worked as a floor nurse at ASANTE's Three Rivers Medical Center ("Three Rivers") in Grants Pass, in the County of Josephine, for approximately six years, starting in September 2015.

18.    Plaintiff RON HITTINGER ("HITTINGER") is a believer in God and the Bible who worked as an ultrasound technician at Rogue Regional for about 4½ years, starting in 2017.

19.    Plaintiff MILES KOPISH ("KOPISH") is a Christian who worked as a floor technician at Three Rivers for more than 13 years, starting in April 2008. His duties included janitorial, sanitation, maintenance, and floor-cleaning services.

20.    Plaintiff HOLLY MARTIN ("MARTIN") is a self-described "New Age" Christian whose faith is comprised of both Christian and Native American spiritual beliefs associated with the Rincon band of the Luiseüo indigenous tribe. She worked as a certified sterile processing technician at Rogue Regional for more than nine years, starting in July 2012.  Like CIRILLO, she prepared instruments for use in surgery, then cleaned and sterilized them afterward.

21.    Plaintiff TAMARA RADA ("RADA") is a Christian who worked as a nurse in various units at Rogue Regional for more than 19 years, starting in September 2003.  Her duties included admitting and discharging patients, and assisting patients with medications, IVs, ventilators, and sedations, and recovery.

22.    While working in hospital facilities owned and operated by ASANTE throughout the Pandemic, the foregoing Plaintiffs took numerous precautions to prevent themselves from contracting and spreading COVID-19, as ASANTE protocols required.  These precautions included wearing personal protective equipment ("PPE") such as gowns, N95 masks, shoe coverings, and face shields; regularly using hand sanitizer; social distancing to a distance of six feet or greater; submitting to daily temperature checks.  All Plaintiffs were willing to continue following these protocols as well as submit to periodic testing for COVID-19 as a condition of maintaining their employment.

23.    Plaintiff JESSICA STONE ("STONE"), meanwhile, is a Christian who worked for ASANTE from June 3, 2013 until ASANTE placed her on indefinite unpaid leave on or about December 5, 2021.  At the time of the incidents giving rise to this case, STONE worked remotely for ASANTE as a Community Connect Account Manager ("CCAM").  In that role, STONE not only sold an ASANTE-produced electronic health record and practice management system to independent physicians, clinics, and other healthcare entities, but assisted with implementation and support for purchasers and users of that system.

24.    Before the Pandemic began in March 2020, STONE worked at ASANTE's laboratory on Black Oak Drive in Medford.  After the Pandemic began, ASANTE directed STONE to work remotely, which she did for nearly two years, only once attending a work-related function outside her home.  STONE accomplished all her other job duties via computer.

25.    All Plaintiffs had exemplary employment records.

26.    When researching the COVID-19 vaccines currently available in the United States when Gov. Brown issued her Mandate, Plaintiffs discovered that the vaccines were created from cell lines taken from aborted fetuses.  In accordance with their respective faiths' principles, Plaintiffs oppose abortion on religious

_____

grounds [*see*, e.g., Proverbs 6:16-17 (concerning hands that shed innocent blood being an "abomination" to God), Jeremiah 1:5 and Psalm 139:13-16 (concerning the idea that life begins in the womb), and Psalm 127:3 (concerning children being a blessing from the Lord)].

27.    After much prayer and consideration, Plaintiffs individually determined that they could not, in good conscience in accordance with their faiths' principles, defile their bodies by injecting them with a vaccine derived from the cells of babies whose lives were taken via abortion or whose manufacturer used cells from aborted babies in the testing or manufacture of the vaccine.  Plaintiffs thus sought from ASANTE religious exemptions from Gov. Brown's Mandate. *See* Attached **Exhibits "B"-"K"** [copies of Plaintiffs' religious exemption requests, attached hereto in alphabetical order of each Plaintiff's last name].[1]

28.    Under the guise of granting "accommodations" to Plaintiffs in response to their religious exemption requests, ASANTE put Plaintiffs, except for RADA and STONE, on indefinite unpaid leave on or about October 18, 2021.

29.    Because RADA was out on medical leave on or about October 18, 2021, ASANTE did not place RADA on indefinite unpaid leave until she officially returned to work on or about December 13, 2021.  RADA remained on unpaid leave for just two weeks before ASANTE fired her on December 27, 2021.

30.    STONE, who worked remotely, was not placed on indefinite unpaid leave by ASANTE until December 5, 2021.  Because STONE did not work in a setting with other ASANTE employees, was not around patients in ASANTE's hospitals, and only attended one work-related function outside her home with ASANTE clients and employees in nearly two years of working remotely, STONE posed no danger to ASANTE's other employees or patients by being unvaccinated.

---

[1] While several Plaintiffs asserted other religious grounds for declining COVID-19 vaccines in their respective religious exemption requests [see Exs. "B"-K"], this use of cells from aborted fetuses in the vaccines' production is the common thread in most, if not all, of them.

31.    STONE thus proposed to ASANTE that she be allowed to continue working remotely as a reasonable accommodation of STONE's sincerely held religious convictions.   ASANTE rejected STONE's proposal, informing STONE that it would not be feasible for her to work remotely after December 5, 2021.

32.    As an alternative to her original accommodation proposal, STONE proposed that if ASANTE absolutely needed her to work on-site, ASANTE allow her to take the same precautions against contracting and spreading COVID-19 that the Plaintiffs who worked in hospitals throughout the Pandemic had taken: wearing masks, social distancing, etc.  STONE also proposed a schedule that would allow her to continue working remotely part-time, thereby limiting her presence around vaccinated employees.  Again, ASANTE rejected her proposal.

33.    Despite rejecting her proposals, ASANTE allowed STONE to continue working until December 5, 2021, after which ASANTE placed her on indefinite unpaid leave.

34.    Plaintiffs' placement on unpaid leave was not, in fact, an accommodation of their sincerely held religious beliefs, but an adverse employment action – i.e., a *de facto* suspension taken against them by ASANTE for asserting their right, protected under both federal and state law, not to be discriminated against by their employer on the basis of their religion.

35.    An examination of ASANTE's e-mails informing each Plaintiff of their placement on unpaid leave indicates the e-mails are substantially similar.  *See* Attached **Exhibits "L"-"U"** [copies of the e-mails ASANTE issued to each Plaintiff, attached hereto in alphabetical order of each Plaintiff's last name]. ASANTE's e-mails provided no explanation from the Exception Committee concerning why ASANTE would incur undue hardship by providing religious accommodations that would let Plaintiffs keep working.

36.    ASANTE agreed to keep providing healthcare benefits to Plaintiffs while they were on unpaid leave.  However, in most cases, ASANTE did not pay these benefits – Plaintiffs had to cover their own healthcare costs out of pocket.

37.    Based on Plaintiffs' dealings with ASANTE concerning their religious exemption requests, it appears ASANTE's Exception Committee predestined each of the Plaintiffs for indefinite unpaid leave and termination and did so based not on individualized assessments of Plaintiffs' individual requests, but as part of a larger program against employees who sought religious exceptions. The members of ASANTE's Exception Committee, identified herein as DOES 1-50, paid little to no attention to how much or how little detail employees who sought religious exemptions included in their exemption requests.  The Committee simply put any and all ASANTE employees who sought religious exemptions on indefinite unpaid leave, then fired them, with few, if any, exceptions.

38.    ASANTE did not engage in a good-faith, interactive exploration of potential accommodations with any of its employees who sought religious exemptions, including and especially Plaintiffs, as Title VII requires.

39.    After ASANTE placed Plaintiffs on unpaid leave in response to their religious exemption requests, Plaintiffs had three options: (1) Receive a COVID-19 vaccine, thereby violating their sincerely held religious beliefs as a condition of remaining employed – and having to live with the guilt of doing so – but continuing to be able to make ends meet financially; (2) take no action and be placed on unpaid leave indefinitely, with no guarantee that they would, at some point, be allowed to return; or (3) resign from their positions.

40.    Because they could not, in good conscience, receive COVID-19 vaccines, and given the substantial likelihood that they would be unable to obtain unemployment benefits if they resigned from their respective positions, Plaintiffs reluctantly, and under protest, chose the second option.

_____

41.    On or about April 30, 2022, asserting financial hardship from its self-imposed decision to pay healthcare benefits for employees placed on indefinite unpaid leave after requesting religious exemptions, ASANTE fired all Plaintiffs.

42.    Since ASANTE placed Plaintiffs on unpaid leave, Plaintiffs have suffered economic damages as follows:

a. KATHER lost $7,400 in gross monthly income as well as $9,638 in vacation pay she had to use while on indefinite unpaid leave. She also lost the matching contribution ASANTE would have paid toward her retirement, an amount equivalent to roughly 3 percent of her monthly gross income.  ASANTE also continued charging KATHER for health insurance benefits for two months after she requested ASANTE stop charging her, as she could not afford to pay for the insurance while on unpaid leave.  Even then, ASANTE still sent KATHER invoices for insurance payments.  KATHER now works at Providence Medford Medical Center ("Providence") in Medford, which pays less than ASANTE but allows her to work with a religious exemption from receiving a COVID-19 vaccine;

b. SELEE made $27 per hour, plus lead incentives and an evening/night differential, while working at ASANTE.  She was unemployed for approximately three months, during which she lost about $6,000 in gross income per month, before being hired at Providence, where she makes $24.66 per hour – $2.34 per hour less than at ASANTE – but is exempt from receiving a COVID-19 vaccine.  SELEE has also lost ASANTE's matching contribution to her retirement benefits and had to forfeit her sick pay;

c. BUTTON lost $47.11 per hour in gross income, or approximately $7,537.60 per month, plus the night and weekend differential – as

well as her differential for having a bachelor's degree in nursing – that ASANTE provided to her. She was out of work for less than a month before finding employment at Providence, where she was allowed to work with a religious exemption but made approximately $4,594.66 per month – nearly $3,000 per month less than she did at ASANTE. BUTTON worked for Providence for approximately one year before accepting employment Kootenai Health in Coeur d'Alene, Idaho, where she will make $41.65 an hour, or approximately $6,664 per month – much closer to the salary she made at ASANTE, but still significantly less;

d. CIRILLO has lost income in the amount of approximately $4,063 per month. He also incurred medical insurance premiums that he had to pay out of pocket – something that was difficult to do while living on unemployment benefits. He is not currently employed; however, he is enrolled in college, as he now needs a degree to receive the level of pay he was earning while with ASANTE;

e. DREVENSTEDT has lost income in the amount of approximately $4,000 per month. She also lost the money that ASANTE would have put toward her retirement every month, an amount equivalent to 5 percent of her gross income. In addition, DREVENSTEDT had to pay $400 per month in health insurance costs and lost $6,500 worth of vacation pay, which she had to use to cover her expenses after ASANTE put her on unpaid leave. She was on unpaid leave for roughly six months before accepting employment with AccentCare Home Health ("AccentCare") in April 2022;

f. HITTINGER has lost $3,733 per month in wages, plus $312.16 per month in matching contributions that ASANTE paid into his

_____

retirement fund.  Since ASANTE placed him on indefinite unpaid leave, HITTINGER has had two temporary stints at Providence and also worked at a travel agency to mitigate his damages;

g.  KOPISH made $23.20 per hour while working for ASANTE. KOPISH was out of work for approximately six months before being hired by his current employer, Grants Pass School District No. 7.  He has also lost the money that ASANTE would have put toward her retirement every month, an amount equivalent to 5 percent of his gross income, as well as 542.25 hours of sick leave;

h.  MARTIN has lost income in the amount of $2,000 per month as well as an additional 6 percent matching contribution, or $60 per month, that ASANTE paid toward her retirement.  MARTIN remains unemployed as of this writing;

i.  RADA was out of work for approximately seven weeks, losing income in the amount of approximately $10,500.  She had to buy a month's worth of health insurance at a cost of $600 as well as $1,500 in retirement benefits.  In addition, RADA had to borrow $3,000 from her retirement account, which she had to repay in full. RADA is now employed at Providence, where she works with a religious exemption from receiving a COVID-19 vaccine;

j.  STONE has lost gross income in the amount of $8,750 per month, plus the matching 6 percent contribution ASANTE would have paid toward her retirement, or roughly $525 per month.  She also lost vision benefits and had to use vacation time and sick leave to make ends meet financially after ASANTE placed her on indefinite unpaid leave – and used all of it by mid-March 2022. She presently remains unemployed.

_____

43.    Due to ASANTE's termination of their employment, Plaintiffs have also suffered noneconomic damages as follows:

    a.  Despite being extremely qualified to work as a nurse – she had held a supervisory position with ASANTE – KATHER is now afraid to even apply for other nursing jobs and lost her drive to work hard in pursuit of career promotions, both on the job and outside of it (by pursuing advanced degrees, for instance).  She has developed extreme anxiety and begins shaking uncontrollably if she goes anywhere near Rogue Regional.  She cries often and sometimes lays in bed under the covers, unable to function;

    b.  SELEE has suffered anxiety and emotional distress in every aspect of her life due to being fired from a workplace she had previously loved and where she had hoped to continue working until retirement.  Enhancing her emotional distress is that her firing has hurt her ability to provide for her family;

    c.  Hired by ASANTE practically fresh out of nursing school, BUTTON experienced emotional distress not only from being discriminated against, but from having to begin her one-year residency anew with a new employer – i.e., Providence;

    d.  CIRILLO has experienced anxiety and depression;

    e.  DREVENSTEDT experienced constant emotional distress and anxiety, as well as loss of sleep, due to her loss of income and the accompanying fear of being unable to provide for herself and her family.  She felt cornered between having to choose between adhering to her sincerely held religious beliefs and losing her job;

    f.  HITTINGER has experienced extreme emotional distress, anxiety, and depression due to the financial hardship he has suffered.  All

of those things have had an adverse impact on HITTINGER's health, social, personal, and family relationships;

g. Tossed away like garbage by ASANTE after more than a decade as a dedicated employee, KOPISH experienced emotional distress – especially since he had a one-year-old child to care for. KOPISH has experienced hair loss due to his emotional distress;

h. MARTIN suffered anxiety, depression, loneliness, stress, weight gain, and high blood pressure due to her treatment by ASANTE;

i. RADA experienced such emotional distress due to the loss of her employment, and the accompanying financial hardship, that she suffered kidney stones. RADA was unable to have surgery to have the kidney stones removed until March 2022 and had to endure roughly four months' worth of physical pain until then;

j. STONE suffered anxiety, depression, and insomnia related to her loss of income and the accompanying fear of not being able to provide for herself and family. She felt very overwhelmed by having to choose between her job and her religious beliefs. Even before ASANTE placed her on unpaid leave, STONE's supervisor continuously harassed her about her vaccination status and pending termination, instilling in STONE a deep-rooted sense of fear of having any conversation with ASANTE's management or human resources department. She has been scared to answer the phone or door in her home, scared of being contacted by anyone from ASANTE. Any contact, even by e-mail and regular mail, from ASANTE, triggers bouts of insomnia and anxiety about the next contact. STONE's fear of having to explain her situation to ASANTE employees and others has impacted her ability to

network for new job opportunities and even be out in the community. All of this has caused STONE loss of enjoyment of activities she once loved, impacted her family relationships, and made her not want to be involved in family and public gatherings.

44. As a condition of filing the herein lawsuit, Plaintiffs have each obtained right-to-sue letters from the Equal Employment Opportunity Commission. Those letters are attached hereto as **Exhitibs "V"-"EE."**

45. Attached hereto as **Exhibits "FF"-"OO"** are printouts from the website TimeandDate.com showing when the 90-day statute of limitations set forth in each right-to-sue letter is set to expire. Plaintiffs have attached these printouts hereto as proof that they have timely filed this lawsuit.

**FIRST CAUSE OF ACTION:**
**Violation of Title VII – Against ASANTE**
**[42 U.S.C. § 2000e-2]**

46. Plaintiffs refer to and hereby incorporate the foregoing paragraphs as though fully set forth herein.

47. Title VII of the 1964 Civil Rights Act prohibits employers from discriminating on the basis of religion. 42 U.S.C. § 2000e-2(a)(1).

48. For purposes of Title VII, "[t]he term 'employer' means a person engaged in an industry affecting commerce who has fifteen or more employees for each working day in each of twenty or more calendar weeks in the current or preceding calendar year …" 42 U.S.C. § 2000e(b).

49. Defendant ASANTE is as an employer under Title VII.

50. The term "religion," for purposes of Title VII, "includes all aspects of religious observance and practice, as well as belief …" 42 U.S.C. § 2000e(j).

51. As practitioners of various religions, Plaintiffs belong to a class of persons protected under Title VII. 42 U.S.C. § 2000e-2(a)(1).

_____

52.     Plaintiffs each have a bona fide religious belief that they cannot defile their bodies by taking into their bodies a vaccine derived from the cells of babies whose lives were taken via abortion or whose manufacturer used cells from aborted fetuses at any stage in the vaccine's production.

53.     Plaintiffs' bona fide religious belief against taking vaccines whose manufacturers used cells from aborted babies in researching and developing the vaccines conflicted with their employment-related duty to receive a COVID-19 vaccine in accordance with Gov. Brown's Mandate, as the COVID-19 vaccines available on the market in 2021 were all made by manufacturers who used cells from aborted fetuses in the vaccines' testing and development.

54.     Plaintiffs informed their employer, Defendant ASANTE, of the conflicts between their religious beliefs and their employment-related duties.

55.     Defendant ASANTE subjected Plaintiffs to discriminatory treatment by subjecting them to two adverse employment actions: (1) Placing them on indefinite unpaid leave and (2) firing them all on or about April 30, 2022.

56.     Defendant ASANTE made no attempt to accommodate Plaintiffs' sincerely held religious beliefs – their placement on unpaid leave was not an "accommodation," but a *de facto* suspension that had the coercive effect of forcing Plaintiffs to choose between their beliefs and their livelihoods.

57.     Defendant ASANTE likewise made no assertion to Plaintiffs that ASANTE would incur undue hardship by accommodating their beliefs.  ASANTE simply chose to place Plaintiffs on indefinite unpaid leave, thereby coercing them to choose between abiding by their sincerely held religious convictions and maintaining their employment.  When that did not work, ASANTE fired Plaintiffs.

58.     Defendant ASANTE could and should have provided reasonable accommodations for Plaintiffs' beliefs, as accommodations that would have

_____

allowed Plaintiffs to continue working while significantly limiting the likelihood of spreading COVID-19 were available.  This is especially true for Plaintiffs such as STONE, who worked remotely and rarely came onto ASANTE property.  For those Plaintiffs who worked in patient-facing positions, ASANTE could and should have provided accommodations such as requiring those Plaintiffs to wear N95 masks, submit to weekly COVID-19 testing, change their scrubs and wash their hands regularly, and engage in social distancing from patients and fellow employees when possible.  ASANTE offered none of these accommodations, opting to take adverse employment actions against Plaintiffs instead.

59.     Religious discrimination is truly what motivated Defendant ASANTE to get rid of Plaintiffs, any assertion by ASANTE to the contrary notwithstanding.

60.     Based on the foregoing, Defendant ASANTE has discriminated against Plaintiff in violation of Title VII.

## SECOND CAUSE OF ACTION:
### Violation of State Law Prohibiting Religious Discrimination
### [ORS 659A.030(1)(a)] – Against ASANTE

61.     Plaintiffs refer to and hereby incorporate the foregoing paragraphs as though fully set forth herein.

62.     Like Title VII, ORS 659A.030(1)(a) prohibits employers from discharging individuals from employment on the basis of the individuals' religion, as Defendant ASANTE has done here.

63.     Because Oregon's state law prohibiting employers from discriminating on the basis of religion is modeled after Title VII, and because the analysis for religious discrimination claims under both statutes is identical, Plaintiffs decline to restate the facts as set forth in their first cause of action, as those facts are already incorporated as though fully set forth herein.

_____

64.    Under 42 U.S.C. § 2000e-7, nothing in 42 U.S.C. § 1981a(b)(3), which caps the amount of non-pecuniary and punitive damages that can be awarded to Plaintiffs, "shall be deemed to exempt or relieve any person from liability, duty, penalty, or punishment provided by any present or future law of any State[.]"  In other words, an Oregon jury is free to exceed any applicable federal dollar limit in accordance with Oregon law.

65.    Under Oregon law, a jury may award up to $500,000 in noneconomic damages.  *See* ORS 31.710(1).  Oregon law defines "noneconomic damages" to include "subjective, nonmonetary losses, including but not limited to … mental suffering, emotional distress, … inconvenience and interference with normal and usual activities apart from gainful employment."  ORS 31.705(2)(b)

66.    As stated *supra*, Plaintiffs have endured mental suffering and emotional distress due to ASANTE's unlawful discrimination against them.  They have also suffered interference with normal and usual activities, as the financial woes caused by Plaintiffs' unemployment have strained relations between Plaintiffs and their families.

67.    ORS 659A.885(3) allows for punitive damages against employers such as Defendant ASANTE who violate ORS 659A.030(1)(a).  Oregon law places no cap on punitive damages.

68.    Based on the foregoing, in addition to violating Title VII, Defendant ASANTE has violated ORS 659A.030(1)(a).

### THIRD CAUSE OF ACTION:
### Aiding and Abetting Religious Discrimination – Against DOES 1-50
### [ORS 659A.030(1)(g)]

69.    Plaintiffs refer to and hereby incorporate the foregoing paragraphs as though fully set forth herein.

_____

70.    ORS 659A.030(1)(g) prohibits any person from aiding and abetting an employer from engaging in employment discrimination.

71.    In their roles as members of Defendant ASANTE's Exception Committee, Defendants DOES 1-50 – whose identities have yet to be determined, and whom Plaintiffs intend to add as Defendants after learning their identities through discovery – acted in concert with, or gave substantial assistance to, ASANTE to unlawfully discriminate against Plaintiffs on account of Plaintiffs' respective religions.  DOES 1-50 did this knowing it was unlawful for ASANTE, as Plaintiffs' employer, to engage in religious discrimination against Plaintiffs.

72.    Because Defendant ASANTE carried out its religious discrimination against Plaintiffs with the assistance of Defendants DOES 1-50, Defendants DOES 1-50 should be held individually and personally liable for their conduct.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants ASANTE and DOES 1-50 as follows:

### ON ALL CAUSES OF ACTION:

1.    For economic damages in an amount according to proof at trial;

2.    For non-economic damages in an amount according to proof at trial;

3.    For punitive damages in an amount according to proof at trial;

4.    For attorney's fees and costs associated with bringing and maintaining this action in accordance with the law; and

5.    For such other and further relief as the Court may deem proper.

Dated: November 23, 2022                    PACIFIC JUSTICE INSTITUTE
                                                            __/s/ RAY D. HACKE_____
                                                            Ray D. Hacke
                                                            Attorneys for Plaintiffs

# **PROOF OF SERVICE**

I am employed in the County of Marion, State of Oregon.  I am over the age of eighteen and not a16 party to the within action; my business address is 1850 45th Ave., Suite 33, Salem, OR 97305.

On or about November 23, 2022, I served the following documents on the interested parties by placing a true copy thereof enclosed in sealed envelope(s) addressed to said parties:

**COMPLAINT FOR DAMAGES FOR RELIGIOUS DISCRIMINATION IN VIOLATION OF TITLE VII [42 U.S.C. § 2000e-2] AND ORS 659A.030(1)(a), AND AIDING AND ABETTING RELIGIOUS DISCRIMINATION [ORS 659A.030(1)(g)]**

## **PLEASE SEE ATTACHED SERVICE LIST**

  X   BY MAIL:  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. postal service on that same date with postage thereon fully prepaid at Salem, Oregon in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

        BY PERSONAL SERVICE:  I caused such envelope to be delivered by hand to the office of the addressee(s).

        X   BY ELECTRONIC MAIL: I caused such documents to be served on the interested parties via electronic mail and through the court's ECF website.

        (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

  X   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 23, 2022, at Salem, Oregon.

*/s/ LAUREN PEFFERLE*
Lauren Pefferle

_____

## <u>SERVICE LIST</u>

Kristen Roy
Vice President, Legal Officer & General Counsel
Asante Health System
2650 Siskiyou Blvd.
Medford, OR 97504

# EXHIBIT  A



Business Name Search

New Search    Printer Friendly Business Entity Data 11-17-2022 09:28

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 478640-87 | ABN | ACT | | 09-25-1995 | 09-25-2023 | |
| Entity Name | ASANTE HEALTH SYSTEM | | | | | |
| Foreign Name | | | | | | |
| Affidavit? | N | | | | | |

New Search    Printer Friendly Associated Names

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|---|---|
| Addr 1 | 2650 SISKIYOU BLVD | | | |
| Addr 2 | | | | |
| CSZ | MEDFORD | OR | 97504 | Country | UNITED STATES OF AMERICA |

The Authorized Representative address is the mailing address for this business.

| Type | REP | AUTHORIZED REPRESENTATIVE | | Start Date | 06-29-2017 | Resign Date | |
|---|---|---|---|---|---|---|---|
| Name | GREG | | WOJTAL | | | | |
| Addr 1 | 2650 SISKIYOU BLVD | | | | | | |
| Addr 2 | | | | | | | |
| CSZ | MEDFORD | OR | 97504 | | Country | UNITED STATES OF AMERICA | |

| Type | REG | REGISTRANT | | | |
|---|---|---|---|---|---|
| Of Record | 038783-11 | ASANTE | | | |
| Addr 1 | 2650 SISKIYOU BLVD | | | | |
| Addr 2 | | | | | |
| CSZ | MEDFORD | OR | 97504 | Country | UNITED STATES OF AMERICA |

New Search    Printer Friendly Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| ASANTE HEALTH SYSTEM | EN | CUR | 09-25-1995 | |

Please read before ordering Copies.

New Search       Printer Friendly              Summary History

| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| 📄 | RENEWAL OF REGISTRATION | 09-20-2021 | | FI | | |
| 📄 | RENEWAL OF REGISTRATION | 08-16-2019 | | FI | | |
| 📄 | RENEWAL OF REGISTRATION | 08-16-2017 | | FI | | |
| 📄 | AMENDMENT OF REGISTRATION | 06-29-2017 | | FI | Representative | |
| | RENEWAL PAYMENT | 08-18-2015 | | SYS | | |
| 📄 | AMENDMENT OF REGISTRATION | 09-05-2013 | | FI | Representative | |
| | RENEWAL PAYMENT | 09-04-2013 | | SYS | | |
| | RENEWAL PAYMENT | 08-24-2011 | | SYS | | |
| | RENEWAL PAYMENT | 09-09-2009 | | SYS | | |
| | RENEWAL PAYMENT | 08-28-2007 | | SYS | | |
| | RENEWAL PAYMENT | 08-23-2005 | | SYS | | |
| 📄 | AMENDMENT OF REGISTRATION | 08-29-2003 | | FI | Representative | |
| | RENEWAL OF REGISTRATION | 08-29-2003 | | FI | | |
| | RENEWAL PAYMENT | 08-28-2001 | | SYS | | |
| | STRAIGHT RENEWAL | 08-23-1999 | | FI | | |
| | STRAIGHT RENEWAL | 09-02-1997 | | FI | | |
| 📄 | CHANGED RENEWAL | 09-02-1997 | | FI | | |
| 📄 | NEW FILING | 09-25-1995 | | FI | | |

New Search       Printer Friendly              Counties

Counties Filed

All Counties Filed.

---

About Us | Announcements | Laws & Rules | Feedback
Policy | SOS Home | Oregon Blue Book | Oregon.gov

For comments or suggestions regarding the operation of this site,
please contact : corporation.division@sos.oregon.gov

© 2022  Oregon Secretary of State.  All Rights Reserved.

# EXHIBIT B

OFFICE OF THE DIRECTOR
Office of the State Public Health Director



# COVID-19 Vaccine Religious Exception Request Form

**Instructions:** Please refer to the <u>Instructions for filling out the COVID-19 Religious Exception Request Form</u>. If you are requesting an exception from the COVID-19 vaccination requirement for religious reasons you must fill out this form and **submit it to your employer or other responsible person**.

## DO NOT SEND THIS FORM TO THE OREGON HEALTH AUTHORITY.

I am requesting an exception from the COVID-19 vaccination on the basis of a sincerely held religious belief.

| Individual's name: | Date of birth: |
| --- | --- |
| Alyssa Button | 09/28/1994 |
| Phone number: | |
| 360-621-0277 | |
| Employer/Organization: | Job Title/Position: |
| Asante Rogue Regional Medical Center | Registered Nurse |

## Please check the boxes below as appropriate and complete related questions:

☒ Receiving the COVID-19 vaccination conflicts with my religious observances, practices or beliefs as described below.

Please describe your religious belief and how it affects your ability to receive a COVID-19 vaccination

As stated in the Bible verses 1 Corinthians 6:19-20 I am to glorify GOD in my body. My body was created by God and belongs to Him alone. I am to treat my body like the holy temple of God. I am confident that the proposed injections--not limited to but including COVID vaccines are not right for me, and my body based on my religious conviction before God.

I certify the above information to be true and accurate and that I sincerely hold the religious beliefs described above.

| Signature: | Date: |
| --- | --- |
| Alyssa M. Button | 9/2/21 |

Please note that if your exception request is approved, you may be required by your employer or other responsible party to take additional steps to protect you and others from contracting and spreading COVID-19. Workplaces are not required to provide this exception accommodation if doing so would pose a direct threat to the excepted individual or others in the workplace or would create an undue hardship.

OHA 3871 (9/01/2021)

# EXHIBIT C

**Instructions:** Please refer to the Instructions for filling out the COVID-19 Religious Exception Request Form. If you are requesting an exception from the COVID-19 vaccination requirement for religious reasons you must fill out this form and **submit it to your employer or other responsible person**.

## DO NOT SEND THIS FORM TO THE OREGON HEALTH AUTHORITY.

I am requesting an exception from the COVID-19 vaccination on the basis of a sincerely held religious belief.

| Individual's name: Justin Cirillo | Date of birth: 11/27/1986 |
|---|---|
| Phone number: 541-324-4312 | |
| Employer/Organization: Asante | Job Title/Position: Sterile Processing |

## Please check the boxes below as appropriate and complete related questions:

☒ Receiving the COVID-19 vaccination conflicts with my religious observances, practices or beliefs as described below.

Please describe your religious belief and how it affects your ability to receive a COVID-19 vaccination

On an additional page.

I certify the above information to be true and accurate and that I sincerely hold the religious beliefs described above.

| Signature: | Date: 9/13/21 |
|---|---|

Please note that if your exception request is approved, you may be required by your employer or other responsible party to take additional steps to protect you and others from contracting and spreading COVID-19. Workplaces are not required to provide this exception accommodation if doing so would pose a direct threat to the excepted individual or others in the workplace or would create an undue hardship.

**Document accessibility:** For individuals with disabilities or individuals who speak a language other than English, OHA can provide information in alternate formats such as translations, large print, or braille. Contact the Health Information Center at 1-971-673- 2411, 711 TTY or COVID19.LanguageAccess@dhsoha.state.or.us.

OHA 3871 (9/01/2021)

To Whom it may concern:

As a baptized Independent Baptist, I am declining the covid vaccine because of my beliefs.  I do not wish to put into my body something that used aborted fetal cell lines in its production. It goes against my abortion beliefs.  If it was an emergency life or death situation, it may be different. But preventative medicine that my God given immune system is possibly able to protect against is different.  In addition to religious beliefs, my personal philosophy is against it as well. I have been a registered independent since 18 and believe in personal choice and freedom. Coercion by the government goes against my beliefs.  I respect others free choice to receive their vaccine and want my beliefs protected as defined in the first amendment of our constitution.  "Congress shall make no law respecting an establishment of religion, or **prohibiting the free exercise thereof**; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances." The sentence in bold is what I expect to be protected.  It is my right to free exercise of my religion. Your belief, acceptance, or understanding is not needed nor requested. All that I am requesting is my constitutionally protected right. I understand there has been mandates, but that does not supersede the constitution. I am willing to take extra precautions similar to when I declined the flu shot, submit to extra testing, or whatever other safety measures may be determined as necessary.

Sincerely,

Justin Cirillo

9/13/21

# EXHIBIT D

# Religious Accommodation Request
COVID-19 Vaccine Exception
42 USC § 2000e

Pursuant to Title VII of the Civil Rights Act of 1964 [42 USC § 2000e *et seq*], I request that I be *exempt* from COVID-19 vaccination requirements as a religious accommodation of my sincerely held religious beliefs.

## Employer

Name:    Asante

Location:   Three Rivers Medical Center

Dept:    E unit

## Employee

Name:    Anna  Drevenstedt

Job Title:   Registered Nurse

Phone:    5414508668

Email:    annabell_drevenstedt@hotmail.com

## Religious Accommodation Request

After thoughtful prayer and discernment, I request that Asante  accommodate my sincerely held religious beliefs and **exempt** me from any COVID-19 vaccination requirements whether by an FDA approved vaccine or an emergency use authorization (EUA) investigational vaccine. My religious beliefs are described below.

**Unnatural Genetic Coding Instructions.** I believe that life is a holy gift of a loving God for which we are responsible but do not own. Holy Scripture states *"Honor the Lord with your bodies."* 1 *Corinthians* 6:20. The Bible encourages Christians to abstain from contaminating one's body with substances that may be threatening to one's bodily health. *"Do you not know that your body is a temple of the Holy Spirit, who is in you, whom you have received from God? You are not your own. That God is in you. That he is your healer."* 1 *Corinthians* 6:19. I accordingly have a sacred responsibility to honor the Lord through my body.

Comirnaty and the COVID-19 EUA vaccines are the first mRNA (Pfizer/Moderna) or adenoviral vector (Johnson & Johnson) vaccines. These vaccines do not operate in the same way as "traditional" vaccines. Instead of using a fragment of dead virus and an adjuvant to help induce an immune response, Comirnaty and the COVID-19 EUA vaccines provide genetic encoding instructions causing the human body to produce a spike protein that is not natural to the human body. The first U.S. clinical trials of a COVID-19 vaccine candidate (Moderna's MRNA-1273) began in March 2020. Thus, long-term effects that these novel gene technologies may have on the human body and its God-given, flawless and original genetic structure is not known.

Until longitudinal research can prove that use of COVID-19 EUA vaccines does not alter or damage human DNA or otherwise interfere with God's original creation, I consider such vaccines to be against the laws of God and to be prohibited by my sincerely held religious beliefs.

**Aborted Fetal Tissue**. I believe human life begins at conception. Using vaccines that were tested or produced from cell lines derived from aborted fetuses show a profound disrespect for human life and for the remains of these children.

The Pfizer vaccines and the Moderna vaccine were protein tested using the abortion-derived cell line HEK-293. Johnson & Johnson has publicly admitted it uses an abortion-derived cell line called PER.C6 to produce its vaccine. Most troubling, however, is the possibility that the present use of these vaccines might encourage future abortions as current abortion-derived cell lines expire.

Accepting a vaccine that utilizes abortion-derived cell lines would be an immoral cooperation with abortion. It would be a cooperation with evil. Therefore, my sincerely held religious beliefs prohibit me from receiving Comirnaty or a COVID-19 EUA vaccine.

When people of faith band together and refuse to accept, Comirnaty and COVID-19 EUA vaccines that were tested or produced using cell lines derived from aborted fetuses, drug and vaccine manufacturers may hear us, as messengers of God, and develop morally acceptable alternates which are not connected with the abortion of a human fetus.

**Therapeutic Proportionality**. I believe that when caring for our God given bodies, we are morally obligated to accept medical interventions when the benefits of the intervention outweighs the burdens of the intervention. Burdens include undesirable side-effects along with spiritual and psychological dimensions. Conversely, I believe we are morally obligated not to accept medical interventions when the burdens outweigh the benefits of the intervention. To do so would contaminate my body in violation of 1 *Corinthians* 6:19.

The judgment of therapeutic proportionality must be made by the person who is the potential recipient of the intervention in their specific circumstances, not by public health authorities or by

other individuals who might judge differently in their own situations.

It is my judgment that the spiritual, psychological and possible side-effect burdens of the COVID-19 vaccines outweigh the vaccines' benefits to me. Thus, I am morally obligated by my sincerely held religious beliefs not to accept Comirnaty or a COVID-19 EUA vaccine.

This is an explanation of my sincerely held personal religious beliefs. I hope I have described them sufficiently. Again, these thoughts are the unique message I receive from my God after thoughtful prayer and reflection. I do not ask that you, or anyone else, agree with these thoughts and personal discernments. But under the law, I respectfully request that they be honored as truthful and legally permissible. Based on what I have shared, I ask that this religious accommodation request be granted.

According to the U.S. Equal Employment Opportunity Commission, "Title VII of the Civil Rights Act of 1964 [42 USC sec 2000e *et seq*] prohibits employment discrimination based on religion. This includes refusing to accommodate an employee's sincerely held religious beliefs or practices unless the accommodation would impose an undue hardship (more than a minimal burden on operation of the business). A religious practice may be sincerely held by an individual even if newly adopted, not consistently observed, or different from the commonly followed tenets of the individual's religion." U.S. Equal Employment Opportunity Commission, *What You Should Know: Workplace Religious Accommodation*. https://www.eeoc.gov/laws/guidance/what-you-should-know-workplace-religious-accommodation. A copy is attached.

The U.S. Equal Employment Opportunity Commission also states "Title VII defines 'religion' very broadly. It includes traditional, organized religions ... [and] religious beliefs that are new, uncommon, not part of a formal church or sect, or only held by a small number of people."

My right to the free exercise of my religious beliefs, without interference by the State of Oregon , the federal government or Asante , are protected by the First Amendment of the U.S. Constitution, Title VII of the Civil Rights Act of 1964 [42 USC sec 2000e *et sec*] and Oregon law.

If this request for religious accommodation is not granted, I intend to pursue all available legal remedies.

## Confidentiality Request

I request that Asante  keep this request for exemption 100% confidential. It contains thoughts and sentiments that are deeply personal to me, that I do not shared in casual conversation. The only reason I am sharing this with you is because Asante is demanding I do so.

I request that Asante  share this accommodation request within Asante on an as-needed basis only. Only those people charged with approving the accommodation request should know of this request, my reasons for this request and my sincerely held religious beliefs. Those people should not disclose this information to any other person, entity or government agency.

I also request that Asante keep my vaccination status 100% confidential. This is private medical information. It must not be shared with anyone. Similarly, I request that Asante  not treat me in any way that is different from other employees such that my vaccination status may be inferred.

## Signature

I certify the above information to be true and accurate and that I sincerely hold the religious beliefs described above.

Signature:_____      Date: __October 7, 2021__

Anna  Drevenstedt

# EXHIBIT D

# Religious Accommodation Request
## COVID-19 Vaccine Exception
## 42 USC § 2000e

Pursuant to Title VII of the Civil Rights Act of 1964 [42 USC § 2000e *et seq*], I request that I be **exempt** from COVID-19 vaccination requirements as a religious accommodation of my sincerely held religious beliefs.

## Employer

Name:      Asante

Location:   Three Rivers Medical Center

Dept:      E unit

## Employee

Name:      Anna  Drevenstedt

Job Title:   Registered Nurse

Phone:     5414508668

Email:      annabell_drevenstedt@hotmail.com

## Religious Accommodation Request

After thoughtful prayer and discernment, I request that Asante  accommodate my sincerely held religious beliefs and **exempt** me from any COVID-19 vaccination requirements whether by an FDA approved vaccine or an emergency use authorization (EUA) investigational vaccine. My religious beliefs are described below.

**Unnatural Genetic Coding Instructions.** I believe that life is a holy gift of a loving God for which we are responsible but do not own. Holy Scripture states *"Honor the Lord with your bodies."* 1 *Corinthians* 6:20. The Bible encourages Christians to abstain from contaminating one's body with substances that may be threatening to one's bodily health. *"Do you not know that your body is a temple of the Holy Spirit, who is in you, whom you have received from God? You are not your own. That God is in you. That he is your healer."* 1 *Corinthians* 6:19. I accordingly have a sacred responsibility to honor the Lord through my body.

---

Comirnaty and the COVID-19 EUA vaccines are the first mRNA (Pfizer/Moderna) or adenoviral vector (Johnson & Johnson) vaccines. These vaccines do not operate in the same way as "traditional" vaccines. Instead of using a fragment of dead virus and an adjuvant to help induce an immune response, Comirnaty and the COVID-19 EUA vaccines provide genetic encoding instructions causing the human body to produce a spike protein that is not natural to the human body. The first U.S. clinical trials of a COVID-19 vaccine candidate (Moderna's MRNA-1273) began in March 2020. Thus, long-term effects that these novel gene technologies may have on the human body and its God-given, flawless and original genetic structure is not known.

Until longitudinal research can prove that use of COVID-19 EUA vaccines does not alter or damage human DNA or otherwise interfere with God's original creation, I consider such vaccines to be against the laws of God and to be prohibited by my sincerely held religious beliefs.

**Aborted Fetal Tissue**. I believe human life begins at conception. Using vaccines that were tested or produced from cell lines derived from aborted fetuses show a profound disrespect for human life and for the remains of these children.

The Pfizer vaccines and the Moderna vaccine were protein tested using the abortion-derived cell line HEK-293. Johnson & Johnson has publicly admitted it uses an abortion-derived cell line called PER.C6 to produce its vaccine. Most troubling, however, is the possibility that the present use of these vaccines might encourage future abortions as current abortion-derived cell lines expire.

Accepting a vaccine that utilizes abortion-derived cell lines would be an immoral cooperation with abortion. It would be a cooperation with evil. Therefore, my sincerely held religious beliefs prohibit me from receiving Comirnaty or a COVID-19 EUA vaccine.

When people of faith band together and refuse to accept, Comirnaty and COVID-19 EUA vaccines that were tested or produced using cell lines derived from aborted fetuses, drug and vaccine manufacturers may hear us, as messengers of God, and develop morally acceptable alternates which are not connected with the abortion of a human fetus.

**Therapeutic Proportionality**. I believe that when caring for our God given bodies, we are morally obligated to accept medical interventions when the benefits of the intervention outweighs the burdens of the intervention. Burdens include undesirable side-effects along with spiritual and psychological dimensions. Conversely, I believe we are morally obligated not to accept medical interventions when the burdens outweigh the benefits of the intervention. To do so would contaminate my body in violation of 1 *Corinthians* 6:19.

The judgment of therapeutic proportionality must be made by the person who is the potential recipient of the intervention in their specific circumstances, not by public health authorities or by

other individuals who might judge differently in their own situations.

It is my judgment that the spiritual, psychological and possible side-effect burdens of the COVID-19 vaccines outweigh the vaccines' benefits to me. Thus, I am morally obligated by my sincerely held religious beliefs not to accept Comirnaty or a COVID-19 EUA vaccine.

This is an explanation of my sincerely held personal religious beliefs. I hope I have described them sufficiently. Again, these thoughts are the unique message I receive from my God after thoughtful prayer and reflection. I do not ask that you, or anyone else, agree with these thoughts and personal discernments. But under the law, I respectfully request that they be honored as truthful and legally permissible. Based on what I have shared, I ask that this religious accommodation request be granted.

According to the U.S. Equal Employment Opportunity Commission, "Title VII of the Civil Rights Act of 1964 [42 USC sec 2000e *et seq*] prohibits employment discrimination based on religion. This includes refusing to accommodate an employee's sincerely held religious beliefs or practices unless the accommodation would impose an undue hardship (more than a minimal burden on operation of the business). A religious practice may be sincerely held by an individual even if newly adopted, not consistently observed, or different from the commonly followed tenets of the individual's religion." U.S. Equal Employment Opportunity Commission, *What You Should Know: Workplace Religious Accommodation.* https://www.eeoc.gov/laws/guidance/what-you-should-know-workplace-religious-accommodation. A copy is attached.

The U.S. Equal Employment Opportunity Commission also states "Title VII defines 'religion' very broadly. It includes traditional, organized religions ... [and] religious beliefs that are new, uncommon, not part of a formal church or sect, or only held by a small number of people."

My right to the free exercise of my religious beliefs, without interference by the State of Oregon , the federal government or Asante , are protected by the First Amendment of the U.S. Constitution, Title VII of the Civil Rights Act of 1964 [42 USC sec 2000e *et sec*] and Oregon law.

If this request for religious accommodation is not granted, I intend to pursue all available legal remedies.

## Confidentiality Request

I request that Asante  keep this request for exemption 100% confidential. It contains thoughts and sentiments that are deeply personal to me, that I do not shared in casual conversation. The only reason I am sharing this with you is because Asante is demanding I do so.

I request that Asante  share this accommodation request within Asante on an as-needed basis only. Only those people charged with approving the accommodation request should know of this request, my reasons for this request and my sincerely held religious beliefs. Those people should not disclose this information to any other person, entity or government agency.

I also request that Asante keep my vaccination status 100% confidential. This is private medical information. It must not be shared with anyone. Similarly, I request that Asante  not treat me in any way that is different from other employees such that my vaccination status may be inferred.

**Signature**

I certify the above information to be true and accurate and that I sincerely hold the religious beliefs described above.

Signature:_____    Date: _October 7, 2021_

Anna  Drevenstedt

# EXHIBIT E

**OFFICE OF THE DIRECTOR**
Office of the State Public Health Director

Oregon
**Health**
Authority

# COVID-19 Vaccine Religious Exception Request Form

**Instructions:** Please refer to the Instructions for filling out the COVID-19 Religious Exception Request Form. If you are requesting an exception from the COVID-19 vaccination requirement for religious reasons you must fill out this form and **submit it to your employer or other responsible person**.

## DO NOT SEND THIS FORM TO THE OREGON HEALTH AUTHORITY.

I am requesting an exception from the COVID-19 vaccination on the basis of a sincerely held religious belief.

| Individual's name: RON HITTINGER | Date of birth: 04-06-1977 |
|---|---|
| Phone number: 530 926 1425 | |
| Employer/Organization: ASANTE HEALTH SYSTEMS, ARRMC | Job Title/Position: ULTRASOUND TECH |

# Please check the boxes below as appropriate and complete related questions:

☒ Receiving the COVID-19 vaccination conflicts with my religious observances, practices or beliefs as described below.

Please describe your religious belief and how it affects your ability to receive a COVID-19 vaccination

PLEASE REFER TO ATTACHED DOCUMENT TITLED "AFFIDAVIT OF VACCINE EXEMPTION ON RELIGIOUS GROUNDS FOR HEALTH CARE WORKERS"

I certify the above information to be true and accurate and that I sincerely hold the religious beliefs described above.

| Signature: R. | Date: 09-07-2021 |
|---|---|

Please note that if your exception request is approved, you may be required by your employer or other responsible party to take additional steps to protect you and others from contracting and spreading COVID-19. Workplaces are not required to provide this exception accommodation if doing so would pose a direct threat to the excepted individual or others in the workplace or would create an undue hardship.

**Document accessibility:** For individuals with disabilities or individuals who speak a language other than English, OHA can provide information in alternate formats such as translations,

OHA 3871 (9/01/2021)

<u>AFFIDAVIT OF VACCINE EXEMPTION ON RELIGIOUS GROUNDS FOR HEALTH CARE WORKERS</u>

09/07/2021
Asante Health System, Asante Rogue Regional Medical Center
2825 East Barnett Road
Medford, Oregon 97501

RE: Religious Exemption from Immunization Requirements

I, Ronald Eugene Hittinger, the undersigned, do hereby swear and affirm that I have strong religious and spiritual convictions, and that the immunizations required by Asante Health Systems are contrary to my religious and spiritual tenets and practices. On this basis, as the above referenced immunization requirements violate my right to freely exercise my religion as guaranteed by the First Amendment of the Constitution of The United States of America, I am asserting my rights to an exemption from Asante Health Systems' immunization requirements.

I qualify for this exemption based on the following:

1)  First Amendment of the United States Constitution

2)  Title VII of the Civil Rights Act (42 U.S. Code § 2000e) prohibits discrimination against a sincerely held religious belief, practice, or observance. As enforced by the U.S. Equal Employment Opportunity Commission, Title VII requires employers to reasonably accommodate an employee's sincerely held religious belief, practice, or observance. For religious accommodation request, according to the EEOC's COVID-19 guidance, employers should ordinarily assume that an employee's request for religious accommodation is based on a sincerely held religious belief, practice, or observance.
EEOC guidance also reminds employers that the ADA prohibits employers from both disclosing that an employee is receiving a reasonable accommodation and retaliating against an employee for requesting an accommodation.
Failure to uphold 42 U.S. Code § 2000e and any attempt to coerce an individual to get the Covid-19 vaccine is a violation of federal law and may be met with legal action.

Thank you in advance,

Ronald Eugene Hittinger

------------------------Notarial Certificate – To be filled out by a notary public--------------------
State of Oregon          County of Jackson
On 9-28-2021 before me, Shayla Fitzgerald, personally appeared Ronald Eugene Hittinger, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Oregon
that the foregoing paragraph is true and correct.
WITNESS my hand and official seal. Signature_____ (Seal)

OFFICIAL STAMP
SHAYLA NICKOLE FITZGERALD
NOTARY PUBLIC - OREGON
COMMISSION NO. 1008066
MY COMMISSION EXPIRES FEBRUARY 2, 20

# AFFIDAVIT / DECLARATION OF TRUTH

Ronald Eugene Hittinger
363 Gilman Avenue
Weed, California 96094

To:    Scott Kelly, President and Chief Executive Officer
       Asante Rogue Regional Medical Center
       2825 East Barnett Road
       Medford, OR  97504

I, :Ronald Eugene Hittinger c/o 363 Gilman Avenue in Weed, California 96094 the undersigned, make this Affidavit/Declaration of Truth of my own free will, and I hereby affirm, declare and swear, under my oath and under the pains and penalties of perjury under the laws of the United States of America and of this state, that I am of legal age and of sound mind and hereby attest that the statements, averments and information contained in this Affidavit/ Declaration are true and correct to the best of my knowledge.

This Affidavit/Declaration of Truth is lawful notification and is made and delivered to you pursuant to the Constitution of the United States and Oregon Constitution. It requires your written rebuttal to me, in kind, specific to each and every point of the subject matter stated herein, within seven (7) days. You are hereby noticed that your failure to respond, is your lawful, legal and fully binding tacit agreement.

On March 8, 2020, executive order 20-03 was signed by Kate Brown declaring a statewide emergency according to the authority within ORS 401.165, citing the "coronavirus (COVID-19) outbreak" as a public health emergency defined in ORS 401.025.

ORS 401.165 states, "The Governor may declare a state of emergency by proclamation at the request of a county governing body or after determining that an emergency has occurred or is imminent."

ORS 401.025 states, "Emergency" means a human created or natural event or circumstance that causes or threatens widespread loss of life, injury to person or property, human suffering or financial loss, including but not limited to…."

On June 25, 2021, executive order 21-15 was signed by Kate Brown extending the same statewide emergency, for the seventh time, through December, 31, 2021, which totals 535 days as of today and forecasts an emergency for the next 128 days from today.

As of today, August 25th, 2021, the statistics are as follows:

CDC Statistics for the state of Oregon beginning 3/22/2020 through 8/25/2021, state that deaths involving COVID-19* equal 1506 for the year 2020 and 1448 for the year 2021, totaling 2957. (*Deaths with confirmed or **presumed** COVID-19, coded to ICD–10 code U07.1.) With Oregon having a reported population of 4.2 million, from census.gov, the percentage of the deaths involving COVID-19 is 0.07%. That equals 5.5 deaths every day in Oregon to date. This number is extremely low.

In fact, the percentages do not account for the zeroing out of influenza cases that began the same week that COVID-19 cases began reporting. Nor do they account for the potential of an even lower rate if viable treatments were made available to the general public.

Census.gov states the population of Jackson County as of 2020 is 220,944. As of today, the Jackson County Oregon COVID-19 dashboard at JacksonCountyOR.org, shows total deaths of 214. The percentage of the deaths involving COVID-19 is 0.097%. That equals 1 death every 2.7 days in Jackson County to date.

To further clarify the above statistics, The National Center for Health Statistics on the CDC.gov website states, "When COVID-19 is reported as a cause of death – or when it is listed as a "**probable**" or "**presumed**" cause — the death is coded as U07.1. **This can include cases with or without laboratory confirmation**."

Under the section entitled **Most Frequently Listed Comorbidities with COVID-19 Deaths** it states, "There were co-morbidities or other conditions listed on the death certificate for as many as 95% of all COVID-19 deaths. The other 5% of death certificates in which COVID-19 was the only condition listed was likely related to a **lack of detail listed about the other conditions present at the time of death.**" From the ambiguous nature of these words, it is logical to infer the possibility that NO ONE in the USA has died exclusively from COVID-19.

WHEREAS, the realities of the current data indicate that deaths involving COVID-19 account for less than 0.1% of the population of both Oregon and Jackson County and does NOT constitute a "human created or natural event or circumstance that causes or threatens widespread loss of life, injury to person or property, human suffering or financial loss."

WHEREAS, Kate Brown has not provided a metric by which this emergency began, nor a metric by which this emergency will end. On March 26, 2021, the Jackson County Board of Commissioners sent a letter to Kate Brown requesting such metrics.

WHEREAS, Jackson County as a governing body, as well as the people of Jackson County, continue to exhibit an effective response to the emergency declaration. The reaction and actions of this governing body and residents of Jackson County demonstrate that they are no longer

subject to ORS 401.165 (5) which states, "Any proclamation of a state of emergency must specify the geographical area covered by the proclamation. **Such area SHALL be no larger than necessary to effectively respond to the emergency.**"

WHEREAS, the forecasting of an emergency by executive order and the seven time renewal of that emergency through 12/31/2021, violates ORS 192.620 which, "requires an informed public aware of the deliberations and decisions of governing bodies and the information upon which such decisions were made."

WHEREAS, the Admissions Act of 1859 admitted Oregon to the union and clearly states,"Whereas the people of Oregon have framed, ratified, and adopted a constitution of State government which is republican in form and in conformity with the Constitution of the United States…."

WHEREAS, the Oregon Constitution, Section 1, clearly states, "Natural rights (are) inherent in people. We declare that all men, when they form a social compact are equal in right: that all power is inherent in the people, and all free governments are founded on their authority, and instituted for their peace, safety, and happiness; and they have at all times a right to alter, reform, or abolish the government in such manner as they may think proper."

WHEREAS, the freedom of choice, specifically the freedom to choose what to do with my body, while not enumerated in Constitution of the United States and the Oregon Constitution, is retained therein according to the Ninth Amendment of the Constitution of the United States and Section 33 of the Oregon Constitution.

WHEREAS, 18 U.S. Code § 242, "makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States. Acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties," according to justice.gov.

WHEREAS, the Governor of Oregon, the Public Health Director of Oregon, the Oregon Health Authority, and all involved agencies and agents are appearing to cooperate and collaborate in a scheme designed to deprive me of my natural, God given rights under color of law.

WHEREAS, according to ORS 431.180 entitled - Interference with individual's selection of health care provider, treatment or religious practice prohibited states, "Nothing in ORS 431.001(Findings) to 431.550 (Power of Oregon Health Authority to collect information from local public health administrators) and 431.990 (Penalties) **or any other public health law of this state shall be construed as authorizing the Oregon Health Authority or its**

**representatives, or any local public health authority or its representatives, to interfere in any manner with** an individual's right to select the physician, physician assistant, naturopathic physician or nurse practitioner of the individual's choice or **the individual's choice of mode of treatment, nor as interfering with the practice of a person whose religion treats or administers sick or suffering people by purely spiritual means."**

THEREFORE, according to ORS 431A.015 (2)(d)(B) I, [NAME OF AFFIANT], with sound religious conviction and conscientious objection considered, ***DO NOT CONSENT*** to any treatment or prophylactic measure currently mandated by the Public Health Director of the Oregon Health Authority or any future overreaching mandates.

THEREFORE, I am relieved of any civil penalty for non-compliance and by extension any business I may own or with whom I am employed, contracting, patronizing, engaged with, or supporting in any capacity is also relieved of any civil penalty for non-compliance.

Affiant further sayeth naught.

All Rights Reserved,

Ronald Eugene Hittinger                                    09-28-2021

Affiant                                                            Date

**NOTARY STATEMENT**

Page 4 of 5

In the State of Oregon,

County of Jackson

I swear that on this 28 day of September 2021, the above named Affiant, Ronald Eugene Hittinger, personally appeared before me, and of his own free will, signed and executed this Affidavit/Declaration of Truth.



Notary Public

My Commission Expires: 02-02-2025

Seal:

OFFICIAL STAMP
SHAYLA NICKOLE FITZGERALD
NOTARY PUBLIC - OREGON
COMMISSION NO. 1008066
MY COMMISSION EXPIRES FEBRUARY 2, 2025

Page 5 of 5

# EXHIBIT  F

OFFICE OF THE DIRECTOR
Office of the State Public Health Director



# COVID-19 Vaccine Religious Exception Request Form

**Instructions:** Please refer to the <u>Instructions for filling out the COVID-19 Religious Exception Request Form</u>. If you are requesting an exception from the COVID-19 vaccination requirement for religious reasons you must fill out this form and **submit it to your employer or other responsible person**.

### DO NOT SEND THIS FORM TO THE OREGON HEALTH AUTHORITY.

I am requesting an exception from the COVID-19 vaccination on the basis of a sincerely held religious belief.

| Individual's name: | Date of birth: |
|---|---|
| Michele Kather | 01/20/1973 |
| Phone number: | |
| 808-295-3766 | |
| Employer/Organization: | Job Title/Position: |
| RRMC- IRC | RN |

## Please check the boxes below as appropriate and complete related questions:

☒ Receiving the COVID-19 vaccination conflicts with my religious observances, practices or beliefs as described below.

Please describe your religious belief and how it affects your ability to receive a COVID-19 vaccination

My personal relationship with God is very intimate to me. It is very difficult for me to share this intimate part of myself, but feel that I need to share at this time. I was baptized as a Christian in October 1992. After careful prayer and research, I feel I would be disobeying God's command of abstaining from blood if I would accept the latest vaccine. All of the vaccines use aborted fetal cells for "proof of concept" and for culturing. This is against my religious belief in showing respect for life and blood. ("You shall not murder." Ex. 20:13; "The life of every sort of flesh is its blood." leviticus 17:14; "Keep abstaining…from blood." Acts 15:28, 29;

By taking the vaccine, I would feel like I am disobeying God, my Father, by committing treason against him. I would feel like I am being raped and my body would be unclean and unholy.("your body is the temple of the holy spirit within you, which you have from God." 1 Corinthians 6:19; "Do not make yourselves unclean by any of these things." Leviticus 15:10; "For you know this, that no unclean person or greedy person…has any inheritance in the kingdom of the Christ and of God." Ephesians 5:5; "Turn away, turn away, get of there, touch nothing unclean." Isaiah 52:11) My guilt would sever my spiritual relationship with God which may cause me to go into depression knowing I could not pray to him with a clean conscious. ("All things are clean to clean people; but to those who are defiled and

OHA 3871 (9/01/2021)

faithless, nothing is clean, for both their minds and their consciences are defiled." Titus 1:15).

As a Christian, I respect life and do my utmost in showing that by helping others in need. I do everything I can to protect my patients and myself by following policies and procedures, such as washing my hands and using PPE. I am willing to continue to protect myself and my patients by using additional PPE and get tested regularly, if the hospital deems it necessary.

If you need further clarification, I would be happy to answer any questions you may have.

I certify the above information to be true and accurate and that I sincerely hold the religious beliefs described above.

| Signature: | Date: 09/04/2021 |
|---|---|

Please note that if your exception request is approved, you may be required by your employer or other responsible party to take additional steps to protect you and others from contracting and spreading COVID-19. Workplaces are not required to provide this exception accommodation if doing so would pose a direct threat to the excepted individual or others in the workplace or would create an undue hardship.

**Document accessibility:** For individuals with disabilities or individuals who speak a language other than English, OHA can provide information in alternate formats such as translations, large print, or braille. Contact the Health Information Center at 1-971-673- 2411, 711 TTY or COVID19.LanguageAccess@dhsoha.state.or.us.

OHA 3871 (9/01/2021)

# EXHIBIT  G

### Affidavit of Religious Conviction or Conscientious Objection

Asante,

This Affidavit is to evidence my intention and relative obligations and duties for the record.

If demonstrating a non-fraudulent exigency for any public health emergency, such as "COVID-19 Pandemic", and conforming to ORS 401.165 (5) requiring, *"Any proclamation of a state of emergency must specify the geographical area covered by the proclamation. Such area shall be no larger than necessary to effectively respond to the emergency"*, the law requires, and not before, acknowledgment of this constitutionally required relief, or accordingly, pursuant to ORS 431.180 - **Interference with individual's selection of health care provider, treatment or religious practice prohibited,** that, *"Nothing in ORS 431.001(Findings) to 431.550 (Power of Oregon Health Authority to collect information from local public health administrators) and 431.990 (Penalties) or any other public health law of this state shall be construed as authorizing the Oregon Health Authority or its representatives, or any local public health authority or its representatives, to interfere in any manner with an individual's right to select the physician, physician assistant, naturopathic physician or nurse practitioner of the individual's choice or the individual's choice of mode of treatment, nor as interfering with the practice of a person whose religion treats or administers sick or suffering people by purely spiritual means."*;

That the official form is inadequate, or improperly derived for the purpose, or inconsistent with the law, requiring this affidavit; but because of the unwarranted credible threat, or evidence of retaliation:

Therefore, whether prior to and in anticipation of a lawful demonstration, or pursuant to ORS 431A.015 (2)(d)(B),:

I, Miles Kopish, have and hold a solemn, sincere, religious conviction or conscientious objection to any treatment or prophylactic measure.

I, Miles Kopish, Employee ID 32461, the undersigned, under the pains and penalties of perjury of the laws of the United States of America, pursuant to 28 USC 1746, without the United States, duly declare, of my free will, that I am of Capacity, and of right, attesting the averments contained in this Affidavit of Religious Conviction or Conscientious Objection, being adequate and sufficient for the purpose, are true and correct, evidence of firsthand knowledge, witness and of solemn conviction.

Executed September 13, 2021

*Miles Kopish*
Miles Kopish Employee Id 32461

**Notarial**

In the State of Oregon,

County of Josephine,

I swear that on this 13 day of September, 2021, the above named Affiant, Miles Kopish, personally appeared before me, and of his own free will, signed and executed this Affidavit of Religious Conviction.

*Michelle Lynn McMartin*
Notary Public Signature:

My Commission Expires: 22, July, 2025

OFFICIAL STAMP
MICHELLE LYNN MCMARTIN
NOTARY PUBLIC-OREGON
COMMISSION NO. 1014727
MY COMMISSION EXPIRES JULY 22, 2025

TO: Asante                                                                    09/16/21

ADDRESS:     Asante Human Resources
                2635 Siskiyou Blvd        Cert. tracking#
                Medford, OR. 97504-8125  **9414 7111 0803 6871 6099 96**

       9590 9402 6092 0125709148 , return receipt requested.

RE: Abusive communication under color of questions about Affidavit of Religious Conviction or
     Conscientious Objection.

Asante,

For the record, I, Miles Kopish, received an E-mail from the address "ReligousExceptionRequest@asante.org", on September 15 at 5:55pm. The E-mail failed as required by the law and the "Affidavit of Religious Conviction or Conscientious Objection", Affidavit, to demonstrate a non-fraudulent exigency; The author of the E-mail did not qualify their authority to represent Asante, the employer; Did not demonstrate any lawful delegated power under the law, to make the E-mail relative to the subject matter of communicable disease; Did not qualify the power of the State proclaimed by Asante.

The E-mail received, September 15, purportedly for the purpose of acknowledging receipt of the aforementioned Affidavit of Religious Conviction or Conscientious Objection, and; requiring "the approved OHA COVID-19 Vaccine Religious Exception Request Form", instead is a ruse to make further demands while failing to include the non-fraudulent exigency for the authority Asante purports to make any demand, causing further harm, contrary to the law or the Affidavit.

I gave permission only to accept questions relative to the duty of Asante to demonstrate a non-fraudulent exigency, and producing the lawful delegation of state authority, or as more fully *required for complete rebuttal* by affidavit lawfully responding to the wrongful conduct or by omission and the irreparable harms enumerated of the Affidavit of Religious Conviction or Conscientious Objection, evidence of record. Without complete rebuttal, what is demanded of me under threat to me or my livelihood is committed under color of authority without lawful warrant, and wrongful.

I will not be party to what appears to be a fraudulent assertion of illicit power intent on irreparably harming me or my livelihood or by extention, the livelihood of my family.

Before the Affidavit can be questioned in any regard, Asante is required by law to produce the non-fraudulent exigency purported, without which admits unwarranted jurisdiction and authority.

I am surprised at the willful disregard of my religious convictions, duly stated, evidenced of record, and shown in the Affidavit, by the legislature lawfully sufficient, and of this harassment despite, or because of, what in the absence of a showing to the contrary of that testimony is fraud. Because of the deception in the E-mail request, I, from here-on-out, require all further correspondence on this matter be sent by United States Post Office mail to my home address: 197 Brandy Ln. Grants Pass, Oregon, 97527.

I, Miles Kopish, Employee ID 32461, the undersigned, under the pains and penalties of perjury of the laws of the United States of America, pursuant to 28 USC 1746, without the United States, duly declare, of my free will, that I am of Capacity, and of right, attesting the averments contained in this RE: Abusive communication under color of questions about Affidavit of Religious Conviction or Conscientious Objection, being adequate and sufficient for the purpose, are true and correct, evidence and of firsthand knowledge and of solemn conviction.

Executed 09/16/21,

*Miles Kopish*
     Miles Kopish

COMMISSION NO. 996099
MY COMMISSION EXPIRES JANUARY 23, 2024

1 of 2

## Notarial

RE: Abusive communication under color of questions about Affidavit of Religious Conviction or Conscientious Objection.

In the State of Oregon,

County of Josephine,


I swear that on this __16__ day of September, 2021, the above named Affiant, Miles Kopish, personally appeared before me, and of his own free will, signed and executed this Affidavit of Religious Conviction.



_____
Notary Public Signature                                          Seal:


[Signature Block]



OFFICIAL STAMP
TAMMY NOEL HENDRICKS
NOTARY PUBLIC-OREGON
COMMISSION NO. 996099
MY COMMISSION EXPIRES JANUARY 23, 2024

2 of 2

10/05/21

To: Asante
Address:    Asante Human Resources
2635 Siskiyou Blvd
Medford, OR. 97504-8125

Certified Mail #                                    , return receipt requested.

Asante,      **9414 7111 0803 6819 3423 43**

Greetings.

Notwithstanding any policy requiring the filing of certain forms or content tending to diminish my right of proper and lawful response, or to a lawful, non-fraudulent, demand, I file this Affidavit of Religious Conviction or Conscientious Objection, fully incorporated herein by this reference, for the record, pursuant to state and federal law which provides that, *"(4) Nothing in this chapter shall be construed to supersede or in any manner affect any workmen's compensation law or to enlarge or diminish or affect in any other manner the common law or statutory rights, duties, or liabilities of employers and employees under any law with respect to injuries, diseases, or death of employees arising out of, or in the course of, employment."* (Pub. L. 91–596, § 4, Dec. 29, 1970, 84 Stat. 1592.), or where the acceptance of federal funds invokes the Religious Freedom Restoration Act, whereby, "Insofar as the application of any requirement under this part would violate RFRA, such application shall not be required," or through protection enshrined in the First Amendment free exercise clause and the Fourteenth Amendment applicable to the state.

Moreover, that where Asante exalts itself in purporting to place an unbeliever in a position to judge the Word of God, it is blasphemy, satanic, sinful, untruth and insultive trespass; Neither does doing so advance a legitimate non-fraudulent business need, or how that need is advanced in violating Law; nor does it explain any undue hardship, or how oppressing the healthy creates a legitimate interest or financial burden; or how by the unwarranted, even wrongful imposition, Asante itself is not creating personnel problems, in furtherance of the fraud; and that, any rejection of the tender of this affidavit will be deemed retaliation for attempting a proper and lawful response to unsubstantiated and therefore wrongful demands or conditions, and this then is a discrimination complaint to be amended as needed.

I, Miles Kopish, Employee ID 32461, the undersigned, under the pains and penalties of perjury of the laws of the United States of America, pursuant to 28 USC 1746, without the United States, duly declare, of my free will, that I am of capacity, and of right, attesting the averments contained in this Covering Affidavit, being adequate and sufficient for the purpose, are true and correct, evidence of firsthand knowledge, witness and of solemn conviction.

Executed 10/05/21.

*Miles Kopish*

Miles Kopish, Employee ID 32461

**Notarial**

In the State of Oregon,

County of Josephine,

I swear that on this __5th__ day of October, 2021, the above named Affiant, Asante, personally appeared before me, and of their own free will, signed and executed this Covering Affidavit.

Notary Public                                    Seal:

OFFICIAL STAMP
SHAWN BENJAMIN BUTLER
NOTARY PUBLIC-OREGON
COMMISSION NO 996100
MY COMMISSION EXPIRES JANUARY 28, 2024

# EXHIBIT  H

11:20

To whom it may concern,

I Holly M Martin, am filing a religious exemption based on my sincerely held religious belief against the Covid Vaccine.

My sincerely held religious belief as a Luiseno Rincon Indigenous woman may perhaps be labeled New Age Christianity.
As an indigenous woman, my religious beliefs have always been more spiritual than anything.
We believe that the human body is a miracle and you don't want to hurt it. In order for us to complete our assigned task here on earth, we are born with a much bigger agenda.  I sincerely believe it is not just to have a human experience but one as a Being of energy (which I am). It is my mission to do as much good as I can to raise the vibration of planet earth.

As of now our planet is at an extremely low vibration. What causes a low vibration? I believe it is fear.
This bubble of fear that has consumed the earth will eventually collapse due to a mass awakening for many people.
This fear in a society in which we are currently inhabiting is controlling the lives and decisions of many people, this in turn holds back these people/beings (myself included) from completing the task of achieving their higher self. Energy filters down to a core and many choose to slip into an atmosphere of fear. The bubble of fear that consumes the earth must be reduced.  Having

11:21

< Sent Items

vibration of earth and it's people with peace, love, happiness, reiki, healing, light work etc.
This would be counter productive for me, as I am aware that I have a much bigger "job to do".
If you need further information on my religion there are plenty of books I can recommend. For starters, The Three Waves Of Volunteers and The New Earth By Dolores Cannon. Very informative and resonated with me immediately.
She goes into much detail about all that I am. And there is no doubt that I was called into this religion for a reason. It illuminated my true purpose on this earth and was like a breath of fresh air and a sigh of relief all in one.

    The Supreme Court has made it clear that it is not the courts role to determine the reasonableness of an individuals religious beliefs, and that " religious beliefs need not be acceptable, logical, consistent, or comprehensible to others to merit first amendment protection."

Regards,

Holly M Martin
Certified SPS Tech
ARRMC (541) 789-4543
HOME (541) 326-2789

# EXHIBIT I

*Affidavit of Religious Conviction or Conscientious Objection*

To: To: Robert Begg,

VP Human Resources Asante

2635 Siskiyou Blvd.

Medford, OR 97504

This Affidavit is to evidence my intention and relative obligations and duties for the record.

If demonstrating a non-fraudulent exigency for any public health emergency, such as "COVID-19 Pandemic", and conforming to ORS 401.165 (5) requiring, *"Any proclamation of a state of emergency must specify the geographical area covered by the proclamation. Such area shall be no larger than necessary to effectively respond to the emergency"*, the law requires, and not before, acknowledgment of this constitutionally required relief, or accordingly, pursuant to ORS 431.180 - **Interference with individual's selection of health care provider, treatment or religious practice prohibited**, that, *"Nothing in ORS 431.001(Findings) to 431.550 (Power of Oregon Health Authority to collect information from local public health administrators) and 431.990 (Penalties) or any other public health law of this state shall be construed as authorizing the Oregon Health Authority or its representatives, or any local public health authority or its representatives, to interfere in any manner with an individual's right to select the physician, physician assistant, naturopathic physician or nurse practitioner of the individual's choice or the individual's choice of mode of treatment, nor as interfering with the practice of a person whose religion treats or administers sick or suffering people by purely spiritual means."*;

That the official form is inadequate, or improperly derived for the purpose, or inconsistent with the law, requiring this affidavit; but because of the unwarranted credible threat, or evidence of retaliation:

Therefore, whether prior to and in anticipation of a lawful demonstration, or pursuant to ORS 431A.015 (2)(d)(B),:

I, Tamara J. Rada, have and hold a solemn, sincere, religious conviction or conscientious objection to any treatment or prophylactic measure. See Attached:

I, Tamara J. Rada ID No.14217, the undersigned, under the pains and penalties of perjury of the laws of the United States of America, pursuant to 28 USC 1746, without the United States, duly declare, of my free will, that I am of Capacity, and of right, attesting the averments contained in this Affidavit of Religious Conviction or Conscientious Objection, being adequate and sufficient for the purpose, are true and correct, evidence of firsthand knowledge, witness and of solemn conviction.\\

Executed: 10/07/2021

Signature: _____

Print: _Tamara Rada_

**Notarial**

OFFICIAL STAMP
EVETTE J CAMPBELL
NOTARY PUBLIC-OREGON
COMMISSION NO. 1014519
MY COMMISSION EXPIRES JULY 20, 2025

In the State of Oregon,

County of Jackson,

I swear that on this ___7th___ day of __October, 2021__ , the above named Affiant, Tamara J. Rada, personally appeared before me, and of her own free will, signed and executed this Affidavit of Religious Conviction.

Date

To: Robert Begg,

VP Human Resources Asante

2635 Siskiyou Blvd.

Medford, OR  97504

Certified Mail # _____ , return receipt requested.

Rogue regional Medical Center,

Greetings,

Notwithstanding any policy requiring the filing of certain forms or content tending to diminish my right of proper and lawful response, or to a lawful, non-fraudulent, demand, I file this Affidavit of Religious Conviction or Conscientious Objection, fully incorporated herein by this reference, for the record, pursuant to state and federal law which provides that, *"(4) Nothing in this chapter shall be construed to supersede or in any manner affect any workmen's compensation law or to enlarge or diminish or affect in any other manner the common law or statutory rights, duties, or liabilities of employers and employees under any law with respect to injuries, diseases, or death of employees arising out of, or in the course of, employment."* (Pub. L. 91–596, § 4, Dec. 29, 1970, 84 Stat. 1592.), or where the acceptance of federal funds invokes the Religious Freedom Restoration Act, whereby, "Insofar as the application of any requirement under this part would violate RFRA, such application shall not be required," or through protection enshrined in the First Amendment free exercise clause and the Fourteenth Amendment applicable to the state.

Moreover, that where  exalts itself in purporting to place an unbeliever in a position to judge the Word of God, it is blasphemy, satanic, sinful, untruthful and insultive trespass; Neither does doing so advance a legitimate non-fraudulent business need, or how that need is advanced in violating Law; nor does it explain any undue hardship, or how oppressing the healthy creates a legitimate interest or financial burden; or how by the unwarranted, even wrongful imposition, Rogue regional Medical Center itself is not creating personnel problems, in furtherance of the fraud; and that, any rejection of the tender of this affidavit will be deemed retaliation for attempting a proper and lawful response to unsubstantiated and therefore wrongful demands or conditions, and this then is a discrimination complaint to be amended as needed.

I, Tamara J. Rada ID#14217, the undersigned, under the pains and penalties of perjury of the laws of the United States of America, pursuant to 28 USC 1746, without the United States, duly declare, of my free will, that I am of capacity, and of right, attesting the averments contained in this Covering Affidavit, being adequate and sufficient for the purpose, are true and correct, evidence of firsthand knowledge, witness and of solemn conviction.

Executed: [ 10/ 7/ 21    ].

Signature: *Tamara Rada*

Print Name: *Tamara Rada*

**Notarial**

In the State of Oregon,

County Jackson,

OFFICIAL STAMP
EVETTE J CAMPBELL
NOTARY PUBLIC-OREGON
COMMISSION NO. 1014519
MY COMMISSION EXPIRES JULY 20, 2025

I swear that on this 7th day of October 2021 the above named Affiant, Tamara J. Rada, personally appeared before me and of their own free will, signed and executed this Covering Affidavit.

_Evette J. Campbell_
Notary Public Signature:

My Commission Expires: 07/20/ 2008

# EXHIBIT  J

September 4th, 2021

To whom it may concern:

 Under Title VII of the Civil Rights Act of 1964, individuals have the right to be free from discrimination on the basis of religion. As part of their religious beliefs, many individuals object to vaccines. Employers are required to accommodate religious observances and practices.

As a practicing Christian taking the vaccine goes against my religious beliefs for multiple reasons. The first reason is that the vaccine was developed from aborted fetal cell lines. It is well known that many born-again Christians and Catholics are against abortion.
The Bible states:
Exodus 20:13 "You shall not murder.
Proverbs 6:16-17 "16 There are six things the LORD hates, seven that are detestable to him: 17 haughty eyes, a lying tongue, hands that shed innocent blood"
Job 31:15 "15 Did not he who made me in the womb make them? Did not the same one form us both within our mothers?"
I believe in the Bible and that God forms babies in the womb. God has a plan and a purpose for their lives. Aborting a baby in the womb is murder. It is taking away another human's life and is a sin. Taking the vaccine which was created from tests on aborted fetal cell lines goes against my religion as it is the product of abortion which is a sin.

In addition, my second reason has to do with free will. The Bible says that man has free will. We have the right to decide what medication and vaccinations that we can take.
The Bible says:
Genesis 1:26 "And God said, Let us make man in our image, after our likeness: and let them have dominion over the fish of the sea, and over the fowl of the air, and over the cattle, and over all the earth, and over every creeping thing that creepeth upon the earth."
Genesis 3:22 "And the Lord God said, "Now that the man has become like one of us, knowing good and bad, what if he should stretch out his hand and take also from the tree of life and eat, and live forever!"
These verses explain that humans are made in the image of God and are given the same mental capacities as our creator. Therefore, I am granted free will to think for myself and make my own decisions in this world. In Genesis 3:22 it is explaining how I have the consciousness to choose what is good and bad. With my conscious mind, I have the right to exercise my free will that was granted to me by God.
That being said, I am using my free will to reject the vaccine.

I have faith in the body that God gave me to fight Covid. I have not taken flu shots in 10 years and not gotten sick. In addition, Covid has a 99% survival rate. I believe that taking the vaccine would be an expression of my lack of faith in my God-given immune system.

I would like to help keep the work environment safe which is why I am willing to wear my mask and take Covid tests upon request. By wearing a mask and getting tested regularly, vaccinated members of the community do not have to worry about my health status.

Thank you for taking the time to read my letter and considering my religious exemption request.

Sincerely,

Kourtney Selee

# EXHIBIT  K

OFFICE OF THE DIRECTOR
Office of the State Public Health Director



# COVID-19 Vaccine Religious Exception Request Form

**Instructions:** Please refer to the Instructions for filling out the COVID-19 Religious Exception Request Form. If you are requesting an exception from the COVID-19 vaccination requirement for religious reasons you must fill out this form and **submit it to your employer or other responsible person**.

### DO NOT SEND THIS FORM TO THE OREGON HEALTH AUTHORITY.

I am requesting an exception from the COVID-19 vaccination on the basis of a sincerely held religious belief.

| | |
|---|---|
| Individual's name:<br>Jessica Lynn Stone | Date of birth:<br>02/13/1976 |
| Phone number:<br>541-772-9229 | |
| Employer/Organization:<br>Asante | Job Title/Position:<br>ITS Community Connect Coordinator |

## Please check the boxes below as appropriate and complete related questions:

☒ Receiving the COVID-19 vaccination conflicts with my religious observances, practices or beliefs as described below.

Please describe your religious belief and how it affects your ability to receive a COVID-19 vaccination

LETTER REQUESTING EXEMPTION

FROM COVID-19 MRNA INJECTION FOR CONSCIENTIOUSLY-HELD RELIGIOUS BELIEF

To Whom It May Concern,

I hereby seek to provide this notice, and request that you recognize my First Amendment Constitutional Right to a Religious exemption from the COVID-19 injection. I am a Christian who believes in the Word of God. I maintain a Christian worldview, and humbly state that while I at times have failed my Lord in many ways, I also endeavor to follow Him to the best of my ability in everything the Bible teaches.

    OHA 3871 (9/01/2021)

This perspective recognizes that faith and conscience compel an individual to submit to the legitimate (Biblically based) exercise of authority, which originates in God Himself as sole authority, and is thereby derivative in all other mediate authorities.

When compelled by mediate or secondary authority to violate my conscientiously held understanding of the Law of God, we must respectfully submit to the Lord, and not men. This has been known throughout history as the "Right of Private Judgment."

Although my desire is to be at peace with and to maintain the subordinate relationship between employee and employer with respect and uprightness, there may come times when I am duty bound humbly to obey the Lord instead.

The Christian's Body is not His Own

My first objection to receiving this injection is that because I believe in and follow God and the principles laid out in His teachings, I have a deeply held belief that the Covid Vaccination violates my religious principles based on His Word. First, Gods Word teaches that my body is the temple of the Holy Ghost, and that I am not my own, but bought with a price, soul and body, and so I cannot in good conscience take that body, which the Lord has purchased for His own, and subject it to something I believe may be harmful [1 Corinthians 3:16-17], such as this injection. I am conscience-bound in my understanding of the Scriptures that this is the better course for protecting the physical integrity of my body (which is the Lord's) against the greater potential of harm [2 Corinthians 7:1], and in support of building up my God-given natural immunity. This better accomplishes my conscientious obedience to the Lord's commands.

The Sixth Commandment, Medicine, and Obedience to God

In addition to the views listed above, my next objection is as follows: My religion teaches me that morally, per the Sixth Commandment, I must use the "sober use of medicine." My understanding of this direction is that we must enhance and encourage natural, God given immunity as the soberest course, rather than a new injection with untested and therefore unseen long-term consequences, used to prevent an illness that is largely survivable through therapeutic treatment. My understanding, given these careful studies required and undertaken, is that I am conscience bound to seek natural immunity and therapeutic treatment should I become infected as the wisest course of treatment for myself, rather than to receive an injection that has caused harm to some, whose long-term effects are unknown.

The Free Exercise of Religion

In closing, please understand that I do not intend to be contrary, strident, or insubordinate in this statement of my sincerely and conscientiously held religious beliefs. With humility, I only seek the free exercise of my Christian religion in accordance with the First Amendment to the United States Constitution, as a citizen of this land protected by that venerable document, as a statement of the rights due to all, being there by endowed by their Creator. Seeing that those rights are given by our Creator, they are inalienable, as the Declaration of Independence states.

Respectfully, as a remote worker, having not had to be called into the office or have had any direct patient contact in the past year and a half, my request for an exemption should

OHA 3871 (9/01/2021)

be considered fair and still upholds the standards of Asante promoting the health and safety of our patients and staff.  In the event I am called to an Asante campus or building or have contact with patients or staff members I would agree to testing and appropriate attire of PPE for the role I would be filling for the protection of patients, staff, and myself.

I seek nothing novel in this petition, only what our Founding Fathers insisted upon: the free exercise of religion by our citizenry. Thank you for your thoughtful consideration of my request for exemption to the Covid 19 Vaccination injection based on my sincerely held religious beliefs.

Respectfully,

I certify the above information to be true and accurate and that I sincerely hold the religious beliefs described above.

| Signature: | Date: |
|---|---|
| Jessica Lynn Stone | 09/14/2021 |

Please note that if your exception request is approved, you may be required by your employer or other responsible party to take additional steps to protect you and others from contracting and spreading COVID-19. Workplaces are not required to provide this exception accommodation if doing so would pose a direct threat to the excepted individual or others in the workplace or would create an undue hardship.

**Document accessibility:** For individuals with disabilities or individuals who speak a language other than English, OHA can provide information in alternate formats such as translations, large print, or braille. Contact the Health Information Center at 1-971-673- 2411, 711 TTY or COVID19.LanguageAccess@dhsoha.state.or.us.

# EXHIBIT  L

**From:** Employee Relations
**Sent:** Monday, September 27, 2021 6:10 PM
**Subject:** Religious Exception Request Approval

Thank you for submitting a COVID-19 Vaccine Religious Exception Request Form. The Committee has reviewed your Request Form and has agreed to grant you a reasonable accommodation. Your accommodation will be **a temporary leave as an accommodation** beginning October 18, 2021. At this time, the duration of the temporary accommodation is unknown. You will be allowed to use your earned time off during this period to be paid and pay for any benefit's premiums due. After Oct. 18, 2021, you will not be allowed to come into an Asante facility except as a patient seeking care, or as an approved visitor with a patient seeking care.

Given the importance of your current position, Asante will look to fill or recruit for your position as soon as possible and cannot guarantee that your current position will be open and available when you return to work.  While Asante may not be able to offer you your current role when you return from leave, we will make every effort to place you in a suitable and reasonable role upon your return.

The decision to grant you a reasonable accommodation and the parameters of that accommodation are based on the information available at the time the accommodation is granted. Asante reserves the right to adjust, modify or revoke an accommodation if facts or circumstances change, additional information becomes available or an accommodation becomes unworkable or presents an undue hardship.

Your supervisor will be made aware of this accommodation.

Asante Employee Relations
employeerelations@asante.org
(541) 789-4243

# EXHIBIT  M

From: **Cirillo, Justin** Justin.Cirillo@asante.org
Subject: **FW: Religious Exception Request Approval**
Date: **Oct 12, 2021 at 10:25:29 AM**

**From:** Employee Relations
**Sent:** Thursday, September 16, 2021 5:14 PM
**Subject:** Religious Exception Request Approval

Thank you for submitting a COVID-19 Vaccine Religious Exception Request Form. The Committee has reviewed your Request Form and has agreed to grant you a reasonable accommodation. Your accommodation will be **a temporary leave as an accommodation** beginning October 18, 2021. At this time, the duration of the temporary accommodation is unknown. You will be allowed to use your earned time off during this period to be paid and pay for any benefit's premiums due. After Oct. 18, 2021, you will not be allowed to come into an Asante facility except as a patient seeking care, or as an approved visitor with a patient seeking care.

The decision to grant you a reasonable accommodation and the parameters of that accommodation are based on the information available at the time the accommodation is granted. Asante reserves the right to adjust, modify or revoke an accommodation if facts or circumstances change, additional information becomes available or an accommodation becomes unworkable or presents an undue hardship.

Your supervisor will be made aware of this accommodation.

Asante Employee Relations
employeerelations@asante.org
(541) 789-4243

**From:** Cirillo, Justin Justin.Cirillo@asante.org
**Subject:** FW: Additional
**Date:** Oct 12, 2021 at 10:25:14 AM

**From:** Employee Relations
**Sent:** Tuesday, September 21, 2021 5:35 PM
**To:** Employee Relations <Employee.Relations@asante.org>
**Subject:** FW: Additional

Asante employee,

You are receiving this email because you have been offered a temporary unpaid leave as an accommodation to your request for an exception from the COVID-19 vaccination mandate. This email provides additional details about that leave.

Given the importance of your current position, Asante will look to fill or recruit for your position as soon as possible and cannot guarantee that your current position will be open and available when you return to work. While Asante may not be able to offer you your current role when you return from leave, we will make every effort to place you in a suitable and reasonable role upon your return.

Employee Relations
Asante
541.789.4243
Employee.relations@asante.org

# EXHIBIT  N

From: "Drevenstedt, Annabell" <Anna.Drevenstedt@asante.org>
Subject: Fw: Religious Exception Approval
Date: October 13, 2021 at 3:21:25 PM PDT
To: "annabell_drevenstedt@hotmail.com" <annabell_drevenstedt@hotmail.com>

⌜L⌝
⌞SEP⌟

**From:** Employee Relations
**Sent:** Wednesday, October 13, 2021 12:53 PM
**Subject:** Religious Exception Approval

Thank you for submitting a COVID-19 Vaccine Religious Exception Request Form. The Committee has reviewed your Request Form and has agreed to grant you a reasonable accommodation. Your accommodation will be **a temporary leave as an accommodation** beginning October 18, 2021. At this time, the duration of the temporary accommodation is unknown. You will be allowed to use your earned time off during this period to be paid and pay for any benefit's premiums due. After Oct. 18, 2021, you will not be allowed to come into an Asante facility except as a patient seeking care, or as an approved visitor with a patient seeking care.

Given the importance of your current position, Asante will look to fill or recruit for your position as soon as possible and cannot guarantee that your current position will be open and available when you return to work.  While Asante may not be able to offer you your current role when you return from leave, we will make every effort to place you in a suitable and reasonable role upon your return.

The decision to grant you a reasonable accommodation and the parameters of that accommodation are based on the information available at the time the accommodation is granted. Asante reserves the right to adjust, modify or revoke an accommodation if facts or circumstances change, additional information becomes

available or an accommodation becomes unworkable or presents an undue hardship.

Your supervisor will be made aware of this accommodation.

Asante Employee Relations

employeerelations@asante.org

(541) 789-4243

# EXHIBIT  O

Case 1:22-cv-01842-MC    Document 1    Filed 11/23/22    Page 78 of 134



# Religious Exception Approval

Employee Relations

Wed 10/13/2021 12:53 PM

Thank you for submitting a COVID-19 Vaccine Religious Exception Request Form. The Committee has reviewed your Request Form and has agreed to grant you a reasonable accommodation. Your accommodation will be **a temporary leave as an accommodation** beginning October 18, 2021. At this time, the duration of the temporary accommodation is unknown. You will be allowed to use your earned time off during this period to be paid and pay for any benefit's premiums due. After Oct. 18, 2021, you will not be allowed to come into an Asante facility except as a patient seeking care, or as an approved visitor with a patient seeking care.

Given the importance of your current position, Asante will look to fill or recruit for your position as soon as possible and cannot guarantee that your current position will be open and available when you return to work. While Asante may not be able to offer you your current role when you return from leave, we will make every effort to place you in a suitable and reasonable role upon your return.

The decision to grant you a reasonable accommodation and the parameters of that accommodation are based on the information available at the time the accommodation is granted. Asante reserves the right to adjust, modify or revoke an accommodation if facts or circumstances change, additional information becomes available or an accommodation becomes unworkable or presents an undue hardship.

Your supervisor will be made aware of this accommodation.

Asante Employee Relations
employeerelations@asante.org
(541) 789-4243

# EXHIBIT  P

Kather, Michele

michele.kather@asante.org

Show less

To

    Micheler35@yahoo.commicheler35@yahoo.com

Sep 15 at 2:31 PM

Accepted

Michele Kather, RN, BSN
RRMC Inpatient Rehab Center
(541) 789-2600

---

**From:** Employee Relations
**Sent:** Tuesday, September 14, 2021 7:39:29 PM
**Subject:** Religious Exception Request


Thank you for submitting a COVID-19 Vaccine Religious Exception Request Form. The Committee has reviewed your Request Form and has agreed to grant you a reasonable accommodation. Your accommodation will be **a temporary leave as an accommodation** beginning October 18, 2021. At this time, the duration of the temporary accommodation is unknown. You will be allowed to use your earned time off during this period to be paid and pay for any benefit's premiums due. After Oct. 18, 2021, you will not be allowed to come into an Asante facility except as a patient seeking care, or as an approved visitor with a patient seeking care.

The decision to grant you a reasonable accommodation and the parameters of that accommodation are based on the information available at the time the accommodation is granted. Asante reserves the right to adjust, modify or revoke an accommodation if facts or circumstances change, additional information becomes available or an accommodation becomes unworkable or presents an undue hardship.

Your supervisor will be made aware of this accommodation.

Asante Employee Relations

employeerelations@asante.org

(541) 789-4243

"Asante

(2)

replacement of employees


Kather, Michele
To
Micheler35@yahoo.com
Oct 16, 2021 at 1:32 AM


Michele Kather, RN, BSN
RRMC Inpatient Rehab Center
(541) 789-2600



From: Employee Relations
Sent: Tuesday, September 21, 2021 17:31
To: Employee Relations
Subject: Additional

Asante employee,


You are receiving this email because you have been offered a temporary unpaid leave as an accommodation to your request for an exception from the COVID-19 vaccination mandate.  This email provides additional details about that leave.


Given the importance of your current position, Asante will look to fill or recruit for your position as soon as possible and cannot guarantee that your current position will be open and available when you return to work.  While Asante may not be able to offer you your current role when you return from leave, we will make every effort to place you in a suitable and reasonable role upon your return.


Employee Relations

Asante

541.789.4243

Employee.relations@asante.org



Contract

Delete

Move to

Forward

Reply

More
"
 https://mail.yahoo.com/m/folders/47/messages/AJuEpq0qL6xxYWqOIwBV8JFMM_o?.src=ym&reason=mobile#:~:text=Asante,More

# EXHIBIT Q

RECEIVED
NOV./2/21

**ASANTE®**

October 29, 2021

Miles Kopish
197 Brandy Lane
Grants Pass, OR 97527

Miles Kopish,

This letter serves as final notice that Asante has terminated your employment effective October 31, 2021. Our records indicate you are not fully vaccinated against COVID-19 and have not been granted an exception to the vaccination requirement.

As noted above, in accordance with the posted Asante COVID-19 Vaccination Policy (400-ACCR-QM-0025) (the "Policy"), which implements the State of Oregon's vaccine mandate, on or before October 18, 2021, all Asante employees must be fully vaccinated against COVID-19 or have an approved exception to the vaccination requirement.

If you are fully vaccinated and believe you have received this notice in error, please contact Human Resources immediately and email proof of your COVID-19 vaccination status to Asante Employee Health at EmployeeHealth@asante.org.

If you currently have Asante benefits (medical, dental, vision, or voluntary elections), you will continue to have coverage until October 31, 2021. If your final paycheck, which includes any remaining ETO balance, doesn't cover the remaining employee payment portion, you will receive an invoice for the remaining amount.  Information regarding your COBRA rights based on any benefits you were enrolled in will be mailed to your mailing address on file, so please review the documents carefully.

Attached is a document titled "Leaving Asante", which outlines what happens to your applicable benefits.  Please contact Asante Human Resources at 541.789.4243 or email humanresources@asante.org should you have any further questions.

Your final paycheck will come via direct deposit.  Should you require a copy of your final paystub, please contact Human Resources.

Should circumstances change, you are welcome to apply for any Asante open positions for which you are qualified and interested in the future.

Sincerely,
Asante Human Resources

2635 Siskiyou Blvd. Medford, OR 97504

# EXHIBIT R

8:38

AA    🔒 webmail.asante.org

‹ Inbox

# Employee Relations

Tue 9/21/2021 5:34 PM

**To:** Employee Relations;

Report Phish

Asante employee,

You are receiving this email because you have been offered a temporary unpaid leave as an accommodation to your request for an exception from the COVID-19 vaccination mandate. This email provides additional details about that leave.

Given the importance of your current position, Asante will look to fill or recruit for your position as soon as possible and cannot guarantee that your current position will be open and available when you return to work. While Asante may not be able to offer you your current role when you return from leave, we will make every effort to place you in a suitable and reasonable role upon your return.

Employee Relations
Asante
541.789.4243
Employee.relations@asante.org

# EXHIBIT S

# ℞ASANTE®

December 27, 2021

Tamara Rada
20606 Sawyer Rd
Shady Cove, OR 97539

Tamara,

This letter serves as final notice that Asante has terminated your employment effective December 21, 2021. Our records indicate you are not fully vaccinated against COVID-19 and have not been granted an exception to the vaccination requirement.

As noted above, in accordance with the posted Asante COVID-19 Vaccination Policy (400-ACCR-QM-0025) (the "Policy"), which implements the State of Oregon's vaccine mandate, on or before October 18, 2021, all Asante employees must be fully vaccinated against COVID-19 or have an approved exception to the vaccination requirement.

If you are fully vaccinated and believe you have received this notice in error, please contact Human Resources immediately and email proof of your COVID-19 vaccination status to Asante Employee Health at EmployeeHealth@asante.org.

If you currently have Asante benefits (medical, dental, vision, or voluntary elections), you will continue to have coverage until December 31, 2021. If your final paycheck, which includes any remaining ETO balance, doesn't cover the remaining employee payment portion, you will receive an invoice for the remaining amount.  Information regarding your COBRA rights based on any benefits you were enrolled in will be mailed to your mailing address on file, so please review the documents carefully.

Attached is a document titled "Leaving Asante", which outlines what happens to your applicable benefits.  Please contact Asante Human Resources at 541.789.4243 or email humanresources@asante.org should you have any further questions.

Your final paycheck will come via direct deposit.  Should you require a copy of your final paystub, please contact Human Resources.

Should circumstances change, you are welcome to apply for any Asante open positions for which you are qualified and interested in the future.

Sincerely,
Asante Human Resources

2635 Siskiyou Blvd. Medford, OR 97504

# EXHIBIT T



Tue 9/14/2021 7:39 PM

### Employee Relations

Religious Exception Request

To

*Selee, Kourtney*

Bcc

Thank you for submitting a COVID-19 Vaccine Religious Exception Request Form. The Committee has reviewed your Request Form and has agreed to grant you a reasonable accommodation. Your accommodation will be a **temporary leave as an accommodation** beginning October 18, 2021. At this time, the duration of the temporary accommodation is unknown. You will be allowed to use your earned time off during this period to be paid and pay for any benefit's premiums due. After Oct. 18, 2021, you will not be allowed to come into an Asante facility except as a patient seeking care, or as an approved visitor with a patient seeking care.

The decision to grant you a reasonable accommodation and the parameters of that accommodation are based on the information available at the time the accommodation is granted. Asante reserves the right to adjust, modify or revoke an accommodation if facts or circumstances change, additional information becomes available or an accommodation becomes unworkable or presents an undue hardship.

Your supervisor will be made aware of this accommodation.

Asante Employee Relations
employeerelations@asante.org
(541) 789-4243

# EXHIBIT U

## FW: Religious Accommodation Leave UPDATE - Important Information

From:  Stone, Jessica (jessica.stone@asante.org)

To:    stonejessl@yahoo.com

Date:  Monday, April 4, 2022, 12:46 PM PDT


-------- Original message --------
From: Employee Relations <Employee.Relations@asante.org>
Date: 4/4/22 12:22 PM (GMT-08:00)
To: "Stone, Jessica" <Jessica.Stone@asante.org>
Cc: Employee Relations <Employee.Relations@asante.org>
Subject: Religious Accommodation Leave UPDATE - Important Information

**Also sent via US Mail to your home address on file**

In accordance with the posted Asante COVID-19 Vaccination Policy (400-ACCR-QM-0025) (the "***Policy***"), all Asante employees must be fully vaccinated against COVID-19 or have an approved exception to the vaccination requirement.  For those employees granted an exception, Asante works to provide a reasonable accommodation that does not impose an undue hardship on Asante.

You are receiving this communication because our records indicate your Medical leave as an accommodation under ADAAA has ended effective 4/1/2022 and you are on unpaid leave as an accommodation to the Asante COVID-19 vaccination requirement.

This communication serves as notice that Asante can no longer support a continued unpaid leave of absence as an accommodation to the vaccination requirement.  Granting unpaid leave as an accommodation has imposed, and will continue to impose, a significant burden on Asante.  For this reason, your unpaid leave accommodation will terminate on April 30, 2022.

At this time, you still have an opportunity to get a single-dose vaccination or to initiate a two-dose series to become fully vaccinated in order to keep your position with Asante.  Alternatively, you are encouraged to apply for any open, fully remote Asante position for which you are qualified.  Open positions can be found at www.asante.org/careers.  Our hope is that we will not lose you as an Asante employee, as your skills and knowledge are so valuable to us.

We value all Asante employees and understand that some of us have chosen not to be vaccinated and many are still conflicted about whether you should take the COVID-19 vaccine. While this is your right, Asante continues to believe that the vaccination is safe and it is in the best interest of our patients, your fellow coworkers and the community to require all employees to be vaccinated.  As a result of the risk to patient and employee safety, allowing unvaccinated employees to work on-site continues to pose an undue hardship to Asante.

If you do not intend to be fully vaccinated by April 30, 2022, please plan to turn in your badge, keys and any other Asante property to Asante Human Resources by April 30, 2022.  You may return your items by one of the following:
- Call HR at 541.789.4243 to make drop off arrangements
- Mail items to Asante Human Resources, 2635 Siskiyou Blvd., Medford, OR 97504 or 500 SW Ramsey, Grants Pass, OR 97527

- Drop off items through the HR mail slot at 2635 Siskiyou Blvd., Medford, OR 97504

If you have items on site, please contact your supervisor to make arrangements to box your items.  They can work with you and HR for pick up arrangements.

If you are fully vaccinated and believe you have received this notice in error, please email proof of your COVID-19 vaccination status to Asante Employee Health at EmployeeHealth@asante.org.

Thank you,
Employee Relations
541.789.4243

# EXHIBIT V



**VAL HOYLE**
Labor Commissioner

October 3, 2022

ALYSSA BUTTON
2877 MORNING VIEW DR
MEDFORD, OR 97504

RE:   Complainant:   Alyssa Button
      Respondent:    Asante Dba Asante Rogue Regional Medical Center
      Case #:        EEEMRG220325-60359
      EEOC #:        38D-2022-00344

This letter is to inform you that the above-captioned complaint filed with the Civil Rights Division has been dismissed because the Division did not find sufficient evidence to continue our investigation. This is the Bureau's final determination. If you wish to pursue your claim(s) further, you may wish to consult an attorney regarding your right to file a civil suit.

NOTICE OF RIGHT TO FILE A CIVIL SUIT

This is your 90-day notice letter. Although this case has been closed, pursuant to ORS 659A.880, you, the Complainant, may file a civil action against the Respondent under ORS 659A.885 within 90 days after the date of mailing of this 90-day notice. Any right to bring a civil action against the Respondent under ORS 659A.885 will be lost if the civil action is not commenced within 90 days after the date of the mailing of this 90-day notice. *Note: If the complaint was a public accommodations case filed under ORS 659A.403 or 659A.406, the right to file suit in state circuit court expires <u>one year from the date of the alleged violation</u>.*

Further, if the Respondent is a public entity, to preserve the right to file a suit in state circuit court, the Complainant must also comply with the Oregon Tort Claims Act (ORS 30.260 to 30.300). Complainants interested in protecting these rights, should consult an attorney immediately regarding the requirements for filing. The Oregon State Bar referral number for Portland is 503-620-0222 or 800-452-7636.

If you wish to receive a copy of this file, you may place a request for public records online through our website *www.oregon.gov/boli/publicrecords*, or by calling 971-245-3844. There is no fee to receive a copy.

Sincerely,
CIVIL RIGHTS DIVISION
Administrative Support Unit

jl

**Date of Mailing**: October 3, 2022

cc:   Ray D Hacke, Complainant's Attorney
      Caroline Hoffman Janzen, Complainant's Attorney

 Portland · Salem · Eugene      **oregon.gov/boli** Help@boli.oregon.gov      (971) 245-3844 Ore. Relay TTY: 711

# EXHIBIT  W

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Seattle Field Office**
909 First Avenue, Suite 400
Seattle, WA 98104
(206) 576-3000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 11/09/2022

**To:** Mr. Justin P. Cirillo
1427 4th Avenue
GOLD HILL, OR 97525
Charge No: 551-2022-06720

EEOC Representative and email:     Melanie Carter
Investigator
melanie.carter@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 551-2022-06720.

On behalf of the Commission,

_____ for                                    11/09/2022
Elizabeth Cannon                                        Date
Director

**Cc: Asante**
Attn: Colin Howard
Colin.Howard@Asante.org

Please retain this notice for your records.

# EXHIBIT X



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
(206) 576-3000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 08/29/2022

**To:** Anna B. Drevenstedt
205 NW Savage St
GRANTS PASS, OR 97526
Charge No: 551-2022-00948

EEOC Representative and email:       Bryne Moore
Investigator
bryne.moore@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 551-2022-00948.

On Behalf of the Commission:

August 29, 2022      Bryne Moore      For
Date                           Elizabeth Cannon
                                   Director

Cc:
Alicia Lorenz
ASANTE
Alicia.Lorenz@asante.org

Berit Everhart
2650 SISKIYOU BLVD STE 104
Medford, OR 97504


Please retain this notice for your records.

# EXHIBIT  Y



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**San Francisco District Office**
450 Golden Gate Avenue 5 West, PO Box 36025
San Francisco, CA 94102
(650) 684-0910
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: **September 27, 2022**

**To:** Ron E. Hittinger
363 Gilman Ave
Weed, CA 96094

**Charge No: 551-2022-00905**

EEOC Representative and contact: David Brannen
Senior Investigator
TEL: (650) 684-0912

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally signed by Rosa M. Salazar
DN: cn=Rosa M. Salazar, o=U.S. Equal Employment Opportunity
Commission, ou=Enforcement Manager, San Francisco District
Office, email=rosa.salazar@eeoc.gov, c=US
Date: 2022.09.27 14:01:09 -07'00'

FOR: Nancy Sienko
District Director

Please retain this notice for your records.

# EXHIBIT  Z



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Seattle Field Office**
909 First Avenue, Suite 400
Seattle, WA 98104
(206) 576-3000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 10/06/2022

To: Michele Kather
54 SUMMIT AVE
MEDFORD, OR 97501
Charge No: 551-2022-01484

EEOC Representative and email:    Melanie Carter
Investigator
melanie.carter@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 551-2022-01484.

On behalf of the Commission,

_____ for                    10/06/2022
Elizabeth Cannon                Date
Director

**Cc: Asante Rogue Regional Medical Center**
Colin Howard
Colin.howard@asante.org

Please retain this notice for your records.

# EXHIBIT  AA

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Seattle Field Office**
909 First Avenue, Suite 400
Seattle, WA 98104
(206) 576-3000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 09/16/2022

**To:** Mr. Miles I. Kopish
197 Brandy Ln.
GRANTS PASS, OR 97527
Charge No: 551-2022-01866

EEOC Representative and email:    Roderick Ustanik
Enforcement Manager
roderick.ustanik@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 551-2022-01866.

On behalf of the Commission,

Elizabeth Cannon
Director

**Cc:**

**Colin Howard**

**Asante**

**520 SW Ramsey Ave.**

**Grants Pass, OR 97527**

Please retain this notice for your records.

# EXHIBIT  BB



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Seattle Field Office**
909 First Avenue, Suite 400
Seattle, WA 98104
(206) 576-3000
Website: www.eeoc.gov

### DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 9/12/2022

To: Holly Martin
1188 sterling creek road
JACKSONVILLE, OR 97530
Charge No: 551-2021-04285

EEOC Representative and email:    Isabel Jeremiah
Investigator
Isabel.Jeremiah@eeoc.gov

*12-12-22 Vamc*
*Compl. due*

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 551-2021-04285.

On Behalf of the Commission:

September 12, 2022
Date

for
Elizabeth M. Cannon, Director
Seattle Field Office

Cc:
Colin Howard, Asante
Colin.howard@asante.org

Caroline Janzen, Janzen Legal Services, LLC - Rugged Law
Caroline@ruggedlaw.com

 Please retain this notice for your records.



# EXHIBIT CC



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Seattle Field Office**
909 First Avenue, Suite 400
Seattle, WA 98104
(206) 576-3000
Website:  www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 10/18/2022

**To:** Tamara J. Rada
20606 Sawyer Rd
SHADY COVE, OR 97539
Charge No: 551-2022-02506

EEOC Representative and email:    Melanie Carter, Investigator
melanie.carter@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 551-2022-02506.

On Behalf of the Commission

October 18, 2022                                                      for
Date                                      Elizabeth M. Cannon
                                          Director

**Cc:**  Asante Rogue Regional Hospital
Robert  Begg, Robert.begg@asante.org
Colin  Howard, Colin.howard@asante.org

Caroline  Janzen, Sherry@ruggedlaw.com

Please retain this notice for your records.

# EXHIBIT DD



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Seattle Field Office**
909 First Avenue, Suite 400
Seattle, WA 98104
(206) 576-3000
Website:  www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 10/06/2022

**To:** Kourtney R. Selee
PO BOX 1745 United states
PHOENIX, OR 97535
Charge No: 551-2022-03071

EEOC Representative and email:    Melanie Carter
Investigator
melanie.carter@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 551-2022-03071.

On behalf of the Commission,

_____ for          10/06/2022
Elizabeth Cannon                Date
Director

**Cc: Asante Rogue Regional Hospital**
Attn: Colin Howard
colin.howard@asante.org

Please retain this notice for your records.

# EXHIBIT  EE

# EXHIBIT  FF

# Date Calculator: Add to or Subtract From a Date

Enter a start date and add or subtract any number of days, months, or years.

**Count Days**  **Add Days**  **Workdays**  **Add Workdays**  **Weekday**  **Week №**

Advertising

From **Monday, October 3, 2022**
Added 90 days

## Result: Sunday, January 1, 2023

### Calendar showing period from October 3, 2022 to January 1, 2023

| October 2022 | | | | | | |
|---|---|---|---|---|---|---|
| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

28 days added

| November 2022 | | | | | | |
|---|---|---|---|---|---|---|
| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

30 days added

| December 2022 | | | | | | |
|---|---|---|---|---|---|---|
| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

31 days added

| January 2023 | | | | | | |
|---|---|---|---|---|---|---|
| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

1 day added

☐ = Start date (Oct 3, 2022)   ☐ = Final result date (Jan 1, 2023)



**Time & Date Calculator App for iOS**

See how long remains before a deadline or exactly when those 30 days are up.

**timeanddate**

© Time and Date AS 1995–2022

# EXHIBIT  GG

# Date Calculator: Add to or Subtract From a Date

Enter a start date and add or subtract any number of days, months, or years.

Count Days     **Add Days**     Workdays     Add Workdays     Weekday     Week №

Advertising

From **Wednesday, November 9, 2022**
Added 90 days

## Result: Tuesday, February 7, 2023

### Calendar showing period from November 9, 2022 to February 7, 2023

| November 2022 21 days added | | | | | | | December 2022 31 days added | | | | | | | January 2023 31 days added | | | | | | | February 2023 7 days added | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|  |  | 1 | 2 | 3 | 4 | 5 |  |  |  |  | 1 | 2 | 3 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |  |  |  | 1 | 2 | 3 | 4 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 27 | 28 | 29 | 30 |  |  |  | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 29 | 30 | 31 |  |  |  |  | 26 | 27 | 28 |  |  |  |  |

☐ = Start date (Nov 9, 2022)   ☐ = Final result date (Feb 7, 2023)

---



**Time & Date Calculator App for iOS**

See how long remains before a deadline or exactly when those 30 days are up.

timeanddate

© Time and Date AS 1995–2022

# EXHIBIT  HH

# Date Calculator: Add to or Subtract From a Date

Enter a start date and add or subtract any number of days, months, or years.

Count Days    **Add Days**    Workdays    Add Workdays    Weekday    Week №

Advertising

From **Monday, August 29, 2022**
Added 90 days

## Result: Sunday, November 27, 2022

### Calendar showing period from August 29, 2022 to November 27, 2022

| August 2022 | | | | | | | September 2022 | | | | | | | October 2022 | | | | | | | November 2022 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 days added | | | | | | | 30 days added | | | | | | | 31 days added | | | | | | | 27 days added | | | | | | |
| Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| | 1 | 2 | 3 | 4 | 5 | 6 | | | | | 1 | 2 | 3 | | | | | | | 1 | | 1 | 2 | 3 | 4 | 5 | |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 28 | 29 | 30 | 31 | | | | 25 | 26 | 27 | 28 | 29 | 30 | | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 27 | 28 | 29 | 30 | | | |
| | | | | | | | | | | | | | | 30 | 31 | | | | | | | | | | | | |

☐ = Start date (Aug 29, 2022)    ☐ = Final result date (Nov 27, 2022)



**Time & Date Calculator App for iOS**

See how long remains before a deadline or exactly when those 30 days are up.



© Time and Date AS 1995–2022

# EXHIBIT II

# Date Calculator: Add to or Subtract From a Date

Enter a start date and add or subtract any number of days, months, or years.

Count Days    **Add Days**    Workdays    Add Workdays    Weekday    Week №

Advertising

From **Tuesday, September 27, 2022**
Added 90 days

## Result: Monday, December 26, 2022

### Calendar showing period from September 27, 2022 to December 26, 2022

| September 2022 | | | | | | | October 2022 | | | | | | | November 2022 | | | | | | | December 2022 | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3 days added | | | | | | | 31 days added | | | | | | | 30 days added | | | | | | | 26 days added | | | | | | |
| Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| | | | | 1 | 2 | 3 | | | | | | | 1 | | | 1 | 2 | 3 | 4 | 5 | | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 27 | 28 | 29 | 30 | | | | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | 30 | 31 | | | | | | | | | | | | | | | | | | | |

☐ = Start date (Sep 27, 2022)   ☐ = Final result date (Dec 26, 2022)



**Time & Date Calculator App for iOS**

See how long remains before a deadline or exactly when those 30 days are up.



© Time and Date AS 1995–2022

# EXHIBIT  JJ

# Date Calculator: Add to or Subtract From a Date

Enter a start date and add or subtract any number of days, months, or years.

Count Days     **Add Days**     Workdays     Add Workdays     Weekday     Week №

Advertising

From **Thursday, October 6, 2022**
Added 90 days

## Result: Wednesday, January 4, 2023

### Calendar showing period from October 6, 2022 to January 4, 2023

| October 2022 | | | | | | |
|---|---|---|---|---|---|---|
| **25 days added** | | | | | | |
| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

| November 2022 | | | | | | |
|---|---|---|---|---|---|---|
| **30 days added** | | | | | | |
| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

| December 2022 | | | | | | |
|---|---|---|---|---|---|---|
| **31 days added** | | | | | | |
| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| January 2023 | | | | | | |
|---|---|---|---|---|---|---|
| **4 days added** | | | | | | |
| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

☐ = Start date (Oct 6, 2022)   ☐ = Final result date (Jan 4, 2023)



**Time & Date Calculator App for iOS**

See how long remains before a deadline or exactly when those 30 days are up.

timeanddate

© Time and Date AS 1995–2022

# EXHIBIT KK

# Date Calculator: Add to or Subtract From a Date

Enter a start date and add or subtract any number of days, months, or years.

Count Days    **Add Days**    Workdays    Add Workdays    Weekday    Week №

Advertising

From **Friday, September 16, 2022**
Added 90 days

## Result: Thursday, December 15, 2022

### Calendar showing period from September 16, 2022 to December 15, 2022

| September 2022 — 14 days added | | | | | | | October 2022 — 31 days added | | | | | | | November 2022 — 30 days added | | | | | | | December 2022 — 15 days added | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| | | | | 1 | 2 | 3 | | | | | | | 1 | | | 1 | 2 | 3 | 4 | 5 | | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 27 | 28 | 29 | 30 | | | | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | 30 | 31 | | | | | | | | | | | | | | | | | | | |

☐ = Start date (Sep 16, 2022)  ☐ = Final result date (Dec 15, 2022)



**Time & Date Calculator App for iOS**
See how long remains before a deadline or exactly when those 30 days are up.



© Time and Date AS 1995–2022

# EXHIBIT LL

# Date Calculator: Add to or Subtract From a Date

Enter a start date and add or subtract any number of days, months, or years.

Count Days          Add Days          Workdays          Add Workdays          Weekday          Week №

Advertising

From **Monday, September 12, 2022**
Added 90 days

## Result: Sunday, December 11, 2022

### Calendar showing period from September 12, 2022 to December 11, 2022

| September 2022 | | | | | | |
|---|---|---|---|---|---|---|
| 18 days added | | | | | | |
| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

| October 2022 | | | | | | |
|---|---|---|---|---|---|---|
| 31 days added | | | | | | |
| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

| November 2022 | | | | | | |
|---|---|---|---|---|---|---|
| 30 days added | | | | | | |
| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

| December 2022 | | | | | | |
|---|---|---|---|---|---|---|
| 11 days added | | | | | | |
| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

☐ = Start date (Sep 12, 2022)   ☐ = Final result date (Dec 11, 2022)




 **Time & Date Calculator App for iOS**

See how long remains before a deadline or exactly when those 30 days are up.

timeanddate

© Time and Date AS 1995–2022

# EXHIBIT  MM

# Date Calculator: Add to or Subtract From a Date

Enter a start date and add or subtract any number of days, months, or years.

Count Days    **Add Days**    Workdays    Add Workdays    Weekday    Week №

Advertising

From **Tuesday, October 18, 2022**
Added 90 days

### Result: Monday, January 16, 2023

**Calendar showing period from October 18, 2022 to January 16, 2023**

| October 2022 | | | | | | | November 2022 | | | | | | | December 2022 | | | | | | | January 2023 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 days added | | | | | | | 30 days added | | | | | | | 31 days added | | | | | | | 16 days added | | | | | | |
| Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| | | | | | | 1 | | | 1 | 2 | 3 | 4 | 5 | | | | | 1 | 2 | 3 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 | 27 | 28 | 29 | 30 | | | | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 29 | 30 | 31 | | | | |
| 30 | 31 | | | | | | | | | | | | | | | | | | | | | | | | | | |

☐ = Start date (Oct 18, 2022)    ☐ = Final result date (Jan 16, 2023)



**Time & Date Calculator App for iOS**

See how long remains before a deadline or exactly when those 30 days are up.



© Time and Date AS 1995–2022

# EXHIBIT  NN

# Date Calculator: Add to or Subtract From a Date

Enter a start date and add or subtract any number of days, months, or years.

Count Days    **Add Days**    Workdays    Add Workdays    Weekday    Week №

Advertising

From **Thursday, October 6, 2022**
Added 90 days

## Result: Wednesday, January 4, 2023

### Calendar showing period from October 6, 2022 to January 4, 2023

| October 2022 | | | | | | | | November 2022 | | | | | | | | December 2022 | | | | | | | | January 2023 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 days added | | | | | | | | 30 days added | | | | | | | | 31 days added | | | | | | | | 4 days added | | | | | | |
| Sun | Mon | Tue | Wed | Thu | Fri | Sat | | Sun | Mon | Tue | Wed | Thu | Fri | Sat | | Sun | Mon | Tue | Wed | Thu | Fri | Sat | | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| | | | | | | 1 | | | | 1 | 2 | 3 | 4 | 5 | | | | | | 1 | 2 | 3 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 | | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 | | 13 | 14 | 15 | 16 | 17 | 18 | 19 | | 11 | 12 | 13 | 14 | 15 | 16 | 17 | | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 | | 20 | 21 | 22 | 23 | 24 | 25 | 26 | | 18 | 19 | 20 | 21 | 22 | 23 | 24 | | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 | | 27 | 28 | 29 | 30 | | | | | 25 | 26 | 27 | 28 | 29 | 30 | 31 | | 29 | 30 | 31 | | | | |
| 30 | 31 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

☐ = Start date (Oct 6, 2022)    ☐ = Final result date (Jan 4, 2023)



**Time & Date Calculator App for iOS**

See how long remains before a deadline or exactly when those 30 days are up.

**timeanddate**

© Time and Date AS 1995–2022

# EXHIBIT OO

# Date Calculator: Add to or Subtract From a Date

Enter a start date and add or subtract any number of days, months, or years.

Count Days    **Add Days**    Workdays    Add Workdays    Weekday    Week №

Advertising

From **Tuesday, September 27, 2022**
Added 90 days

**Result: Monday, December 26, 2022**

### Calendar showing period from September 27, 2022 to December 26, 2022

| September 2022 — 3 days added | | | | | | | October 2022 — 31 days added | | | | | | | November 2022 — 30 days added | | | | | | | December 2022 — 26 days added | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|  |  |  |  | 1 | 2 | 3 |  |  |  |  |  |  | 1 |  |  | 1 | 2 | 3 | 4 | 5 |  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |  | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 27 | 28 | 29 | 30 |  |  |  | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|  |  |  |  |  |  |  | 30 | 31 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

☐ = Start date (Sep 27, 2022)    ☐ = Final result date (Dec 26, 2022)



**Time & Date Calculator App for iOS**

See how long remains before a deadline or exactly when those 30 days are up.

 timeanddate

© Time and Date AS 1995–2022