IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

MICHELE KATHER, an Individual, *et al.*,

          Plaintiffs,

     v.

ASANTE HEALTH SYSTEM, a Public Benefit Corporation and DOES 1 Through 50, Inclusive,

          Defendants.

Case No. 1:22-cv-01842-MC

JUDGMENT

MCSHANE, Judge:

Based on the record, the Court enters final judgment against the claims of all Plaintiffs, except for Plaintiff Stone, under Federal Rule of Civil Procedure 54(b).

IT IS SO ORDERED.

DATED this 20th day of March 2026.

s/Michael J. McShane
Michael McShane
United States District Judge

JUDGMENT